

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 1 2010
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| § | Criminal No. 3:09-CR-249-D |
| VS. § | |
| § | |
| CHASTITY LYNN FAULKNER, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Defendants' March 26, 2010 motion for appointment of coordinating discovery attorney to assist defendants in discovery matters is granted to the extent that the court appoints the following discovery attorney. It is otherwise denied without prejudice to being reurged, if necessary, after the coordinating discovery attorney has been able to work with government counsel in securing discovery.

It is ordered that Marlo Cadeddu, Esquire is appointed as a defense expert under the Criminal Justice Act ("CJA"), to serve as coordinating discovery attorney. The following budget is approved for CJA funding purposes:

Coordinating Discovery Attorney          $20,000     (160 hrs @ 125/hr)

It is further ordered that this expert not may exceed the maximum budgeted amount absent prior approval of the court, or in exceptional circumstances, for good cause shown.

**SO ORDERED**.

April 12, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE


Advance authorization is hereby approved for payment for a coordinating discovery attorney.

Date: 5/24/10          _____
CHIEF JUDGE, UNITED STATES
COURT OF APPEALS FOR THE FIFTH CIRCUIT,
OR DESIGNEE CIRCUIT JUDGE