# EXHIBIT B



**Individualized Reentry Plan - Program Review (Inmate Copy)**

SEQUENCE: 00529463
Team Date: 03-18-2020

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAULKNER, MICHAEL BLAINE  03829-078

| | | | |
|---|---|---|---|
| Facility: | TEX TEXARKANA FCI | Proj. Rel. Date: | 03-28-2036 |
| Name: | FAULKNER, MICHAEL BLAINE | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 03829-078 | DNA Status: | MEN00297 / 11-05-2014 |
| Age: | 47 | | |
| Date of Birth: | ~~00-00-1072~~ | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TEX | VT ORD | VOCATIONAL TRNG ORD 7:30-1:30 | 08-11-2017 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TEX | ESL HAS | ENGLISH PROFICIENT | 10-26-1993 |
| TEX | GED HAS | COMPLETED GED OR HS DIPLOMA | 10-26-1993 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| TEX | C | VT HVAC 5:30PM-8:30PM M-THURS | 03-29-2019 | 02-14-2020 |
| TEX | C | GRAPHIC DESIGN 530-830 PM M-TH | 02-27-2017 | 02-16-2018 |
| TEX | C | ROSETTA SPANISH IV | 04-23-2017 | 05-23-2017 |
| TEX | C | ROSETTA SPANISH III | 02-12-2017 | 04-23-2017 |
| MEN | C | THINKING ON YOUR FEET | 07-09-2016 | 08-16-2016 |
| MEN | C | ACCOUNTING CYCLE | 06-18-2016 | 07-09-2016 |
| MEN | C | TELEPHONE SKILLS | 06-18-2016 | 07-09-2016 |
| MEN | C | STARTING YOUR OWN BUSINESS | 05-13-2016 | 07-09-2016 |
| MEN | C | BETTER BUSINESS WRITING | 05-07-2016 | 07-09-2016 |
| MEN | C | WRITING A BUSINESS PLAN | 05-07-2016 | 07-09-2016 |
| MEN | C | BASICS OF MANUFACTURING | 05-13-2016 | 06-11-2016 |
| MEN | C | ATTITUDE ADJUSTMENT | 05-07-2016 | 06-11-2016 |
| MEN | C | TIME MANAGEMENT | 01-21-2016 | 01-21-2016 |
| MEN | C | MASTER SCHEDULING | 01-21-2016 | 01-21-2016 |
| MEN | C | FINANCIAL STATEMENTS | 01-21-2016 | 01-21-2016 |
| MEN | C | BUSINESS ETIQUETTE | 01-21-2016 | 01-21-2016 |
| MEN | C | COMMUNICATION SKILLS | 10-01-2015 | 10-23-2015 |
| MEN | C | EMOTIONAL INTELLIGENCE | 08-27-2015 | 10-02-2015 |
| MEN | C | CONFLICT MANAGEMENT | 03-05-2015 | 04-04-2015 |
| MEN | C | BEG BASIC DRAWING | 01-16-2014 | 03-07-2014 |
| MEN | C | ACE CDL ENGLISH | 12-18-2013 | 01-22-2014 |
| BMM | C | RELEASE | 07-26-2012 | 07-26-2012 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|
| *** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS *** | |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 07-13-2012 |
| CARE2 | STABLE, CHRONIC CARE | 10-27-2016 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 03-04-2020 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 11-07-2018 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-27-2016 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-11-2012 |



**Individualized Reentry Plan - Program Review (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAULKNER, MICHAEL BLAINE  03829-078

SEQUENCE: 00529463
Team Date: 03-18-2020

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 09-15-2016 |
| ED NONE | DRUG EDUCATION NONE | 01-23-2013 |

## FRP Details

Most Recent Payment Plan

| **FRP Assignment:** | **PART** | **FINANC RESP-PARTICIPATES** | **Start: 12-07-2016** |
|---|---|---|---|

| Inmate Decision: | **AGREED** | **$50.00** | Frequency: **MONTHLY** |
|---|---|---|---|

Payments past 6 months: **$300.00**   Obligation Balance: **$18,240,802.47**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $100.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 3 | REST CV | $18,242,752.47 | $18,240,802.47 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 03-10-2020 | TEX | PAYMENT | INSIDE PMT | $50.00 |
| | 02-11-2020 | TEX | PAYMENT | INSIDE PMT | $50.00 |
| | 01-10-2020 | TEX | PAYMENT | INSIDE PMT | $50.00 |
| | 12-10-2019 | TEX | PAYMENT | INSIDE PMT | $50.00 |
| | 11-13-2019 | TEX | PAYMENT | INSIDE PMT | $50.00 |
| | 10-10-2019 | TEX | PAYMENT | INSIDE PMT | $50.00 |

**Payment Details**

Trust Fund Deposits - Past 6 months:  $2,373.66     Payments commensurate ?  Y

New Payment Plan: | ** No data ** |

## Progress since last review

Since his last review he completed the HVAC Vocational Training Program, earned good work reports while assigned to the Vocational Department, made all his FRP payments as agreed and had clear conduct. He failed to enroll in Parenting and the ACE-Personal Finance/Credit Repair.

## Next Program Review Goals

During the next 6 month review enroll in ACE-Retirement & Investment Planning, ACE-Introduction to the Stock Market, and NFPY Fundamentals. Continue to make your FRP payments as agreed, and maintain clear conduct during this review.

## Long Term Goals

Start planning your release today. Where will you live, where can you find employment, how will you finance your reentry needs? Programing and preparing for your release starts on day one of your incarceration. Focus on enrolling and completing Adult Continuing Education Courses such as Parenting, Ultra Key Typing, and Personal Finance/Credit Building/Repair to enhance life skills prior to re-entry. To better manage medical conditions, enroll in the 4 week Disease Prevention class, the 4 week Lifetime Fitness & Wellness class, and the 4 week Health & Weight Loss class. Complete at least 3 VT programs, such as Welding, HVAC, and Computer Applications. By 2027 you should worked your way to a Camp and you should have Complete Drug Education, Non Residential Drug Treatment, & RDAP. Enroll in Narcotics Anonymous through the Chapel complete at least 60 hours. See Chapel Staff to enroll in the Threshold Program. This program encourages inmates to address their reentry into society from the perspective of their own religious tradition or personal value system. Complete the Release Preparation Program within 30 months of your release. The Core List is posted on the bulletin board. Send out cop-outs to Core Instructors asking to be put on the waiting list. Around 18 months from your projected release date enroll in Resume Writing and utilized the Career Development Center to complete the Release Readiness Packet that includes resume, cover letter, referrals, job evaluation and your education certificates. Participate in a Mock Job Fair; this will enhance interviewing skills with real employers. Save at least $3000.00, and have 2 forms of ID. Attend weekly faith based activities. Each month you are encouraged to strengthen family and community ties thru e-mail, phone calls and visits to develop a support system during and after release.

## RRC/HC Placement

No.
Management decision - 17-19 months from release, he will be individually reviewed for RRC placement according to 18 U.S.C. § 3621(b) and the 2nd Chance Act. .

## Comments

If his release address remains in Marshall, Texas he will have to have a relocation prior to halfway house placement.

Finance/Poverty Need Screen Is there documentation in the PSR of any of the following?
__Any history of Bankruptcy



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: FAULKNER, MICHAEL BLAINE   03829-078

SEQUENCE: 00529463

Team Date: 03-18-2020

__No bank account
__No assets nor liabilities noted in PSR
X_Debts noted in Credit Report or other sources
__Tax Liabilities/back taxes
__Unpaid alimony/child support
__other indications of lack of financial management skills (specify)_____
YES ___x___ NO _____ (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.

**Individualized Reentry Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAULKNER, MICHAEL BLAINE  03829-078

SEQUENCE: 00529463
Team Date: 03-18-2020

Name:  FAULKNER, MICHAEL BLAINE        DNA Status:  MEN00297 / 11-05-2014
Register No.:  03829-078
Age:  47
Date of Birth:  ▮▮▮▮▮▮▮▮

Inmate   (FAULKNER, MICHAEL BLAINE. Register No.: 03829-078)

Date

Unit Manager / Chairperson                Case Manager

Date                                      Date

```
   TEXEN  540*23 *               SENTENCE MONITORING           *    04-21-2020
PAGE 001         *              COMPUTATION DATA               *    08:44:32
                               AS OF 04-21-2020
```

REGNO..: 03829-078 NAME: FAULKNER, MICHAEL BLAINE


FBI NO...........: 895487NA6                  DATE OF BIRTH: ▓▓▓▓▓▓▓▓▓    AGE:  47
ARS1.............: TEX/A-DES
UNIT.............: EAST                        QUARTERS.....: C04-106L
DETAINERS........: NO                          NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 03-04-2035

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-04-2035 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 060 ------------------------

COURT OF JURISDICTION...........: TEXAS, NORTHERN DISTRICT
DOCKET NUMBER...................: 3:09-CR-249-D(02)
JUDGE...........................: FITZWATER
DATE SENTENCED/PROBATION IMPOSED: 05-25-2012
DATE COMMITTED..................: 07-11-2012
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $200.00         $00.00          $00.00        $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT: $18,242,752.47

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  866     18:1512 OBSTRUCT JUSTICE
OFF/CHG: 18:1512(B)(2)(B);OBSTRUCTION:HIDE ASSETS. 18:1349(18:1341 & 13
         43) CONSPIRACY TO COMMIT WIRE AND MAIL FRAUD.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  360 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 03-12-2009




G0002      MORE PAGES TO FOLLOW . . .
```

```
    TEXEN  540*23 *              SENTENCE MONITORING                 *     04-21-2020
PAGE 002 OF 002 *              COMPUTATION DATA                   *     08:44:32
                               AS OF 04-21-2020

REGNO..: 03829-078 NAME: FAULKNER, MICHAEL BLAINE


------------------------CURRENT COMPUTATION NO: 040 -------------------------

COMPUTATION 040 WAS LAST UPDATED ON 04-20-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-12-2012 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 060 010

DATE COMPUTATION BEGAN..........: 05-25-2012
TOTAL TERM IN EFFECT............: 360 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 30 YEARS
EARLIEST DATE OF OFFENSE........: 03-12-2009

JAIL CREDIT.....................: FROM DATE      THRU DATE
                                  01-15-2010     05-24-2012

TOTAL PRIOR CREDIT TIME.........: 861
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1593
TOTAL GCT EARNED................: 513
STATUTORY RELEASE DATE PROJECTED: 09-04-2035
EXPIRATION FULL TERM DATE.......: 01-14-2040
TIME SERVED.....................: 10 YEARS      3 MONTHS      6 DAYS
PERCENTAGE OF FULL TERM SERVED..: 34.2

PROJECTED SATISFACTION DATE.....: 09-04-2035
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 2-3-15 DGCT K/SNB;FSA GCT UPDATE 04-20-2020 4/CLW.
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
   TEXCF  606.00  *     MALE CUSTODY CLASSIFICATION FORM     *     11-03-2017
  PAGE 001 OF 001                                                   13:40:25
                           (A) IDENTIFYING DATA
  REG NO..: 03829-078             FORM DATE: 11-03-2017         ORG: TEX
  NAME....: FAULKNER, MICHAEL BLAINE
                                      MGTV: NONE
  PUB SFTY: SENT LGTH                 MVED:
                           (B) BASE SCORING
  DETAINER: (0) NONE              SEVERITY.......: (3) MODERATE
  MOS REL.: 220                   CRIM HIST SCORE: (08) 11 POINTS
  ESCAPES.: (0) NONE              VIOLENCE.......: (2) > 15 YRS SERIOUS
  VOL SURR: (0) N/A               AGE CATEGORY...: (2) 36 THROUGH 54
  EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                           (C) CUSTODY SCORING
  TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (2) GOOD
  LIVING SKILLS...: (2) GOOD      TYPE DISCIP RPT: (5) NONE
  FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


                      --- LEVEL AND CUSTODY SUMMARY ---

  BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
  +15  +20    -4       +11       LOW        N/A             IN       DECREASE



  G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```





M. Tesone, Supervisor of Education

**Federal Correctional Institution,**
*Mendota, California*

*Presents this Certificate of Completion of*

*Basics of Manufacturing*

**Michael Blaine Faulkner**

*Presented on May 16, 2016*

R. Mendoza, ACE Coordinator



**Federal Correctional Institution,**

*Mendota, California*

*Presents this Certificate of Completion of*

*Starting Your New Business*

**Michael Blaine Faulkner**

*Presented on May 16, 2016*



_____
M. Tesone, Supervisor of Education

_____
R. Mendoza, ACE Coordinator







# FEDERAL CORRECTIONAL INSTITUTION

## MENDOTA, CALIFORNIA

PRESENTS THIS CERTIFICATE OF COMPLETION OF

## ACE ATTITUDE

# MICHAEL BLAINE FAULKNER

PRESENTED ON MAY 25, 2016

M. TESONE
SUPERVISOR OF EDUCATION

R. MENDOZA
ACE COORDINATOR



# Certificate of Achievement

**FEDERAL CORRECTIONAL INSTITUTION, TEXARKANA, TEXAS**

Be it known that

# Blaine Faulkner

having successfully completed

the requirement prescribed for the course

## ROSETTA STONE

### SPANISH LEVEL V

has been awarded this Certificate of Achievement

from the Education Department

this the 27th day of March, Two Thousand Seventeen

*J. Petit – Program Coordinator*



M. Tesone, Supervisor of Education



# Federal Correctional Institution,

*Mendota, California*

Presents this Certificate of Completion of

*ACE Better Business Writing*

# Michael Blaine Faulkner

*Presented on June 24, 2016*



R. Mendoza, ACE Coordinator





M. Tesone, Supervisor of Education

**Federal Correctional Institution,**

*Mendota, California*

Presents this Certificate of Completion of

*ACE Thinking On Your Feet*

**Michael Blaine Faulkner**

Presented on June 24, 2016

R. Mendoza, ACE Coordinator



# FCI MENDOTA RECREATION DEPARTMENT

This is to certify that

## M. Faulkner

has successfully completed all requirements pertaining to the Health Conscience Class in The Recreation Department. Given this 30th day of June, 2016

J. Damon, Recreation Specialist



# FCI MENDOTA RECREATION DEPARTMENT

This is to certify that

## M. Faulkner

has successfully completed all requirements pertaining to the Basic Health and Fitness Class in The Recreation Department.

Given this 30th day of June, 2016

_____

J. Damon, Recreation Specialist

AWARD OF EXCELLENCE



# Federal Correctional Institution,

*Mendota, California*

Presents this Certificate of Completion of

## ACE Telephone Skills from A to Z

# Michael Faulkner

*Presented on June 15, 2016*



_____
M. Tesone, Supervisor of Education

_____
R. Mendoza, ACE Coordinator



**Federal Correctional Institution,**
*Mendota, California*

Presents this Certificate of Completion of

*ACE The Accounting Cycle*

**Michael Faulkner**

Presented on June 15, 2016

M. Tesone, Supervisor of Education

R. Mendoza, ACE Coordinator



*Certificate of Completion*

Presented to

Michael B. Faulkner
(03829-078)

For

The Pathway to Peace Anger Management Workbook

April 1, 2014
FCI Mendota

Dr. Mahdavi
Staff Psychologist



# Certificate of Completion

FCI Mendota Education Department

Certifies that

## Michael Faulkner

Has successfully completed the following program

### ACE CDL

This certificate is hereby issued on the 23rd day of January, 2014

Training Instructor



# Certificate of Completion

FCI Mendota Education Department

Certifies that

## FAULKNER, MICHAEL

Has successfully completed the following program

## ACE Emotional Intelligence

This certificate is hereby issued on the 11th day of Sept, 2015



Training Instructor

*Certificate of Achievement*

Awarded to: M. Faulkner



**BEGINNER DRAWING CLASS**

Through the Leisure Program at FCI Mendota Recreation Department

Given this 7th day of March 2014

E. Becerra, Recreation Specialist

K.R. Jones, Supervisor of Recreation



# Certificate of Completion

**FCI Mendota Education Department**

*Certifies that*

## FAULKNER, MICHAEL

*Has successfully completed the following program*

## ACE Communication Skills for Leaders

*This certificate is hereby issued on the 2nd day of Nov, 2015*

*Training Instructor*



# FCI MENDOTA

## MICHAEL FAULKNER

COMPLETION OF ACE TIME MANAGEMENT

TEACHER

AWARD OF EXCELLENCE

DATE:_January 21,2015



# FCI MENDOTA

## MICHAEL FAULKNER

### COMPLETION OF ACE BUSINESS ETIQUETTE AND PROFESSIONALISM

TEACHER _____

DATE:_ January 21,2015 _____



# FCI MENDOTA

## MICHAEL FAULKNER

### COMPLETION OF ACE UNDERSTANDING FINANCIAL STATEMENTS

DATE:_January 21,2015____

TEACHER _____

# FCI MENDOTA

## MICHAEL FAULKNER

### COMPLETION OF ACE JIT FORECASTING AND MASTER SCHEDULING

TEACHER _R Hacar_

DATE: _January 21, 2015_

★ AWARD OF EXCELLENCE ★





# Texarkana College

Texarkana, Texas

Be It Known That

## Michael Faulkner

having successfully completed the prescribed Course of Study and having complied with all other requirements established by the College has been granted this

### Certificate of CEU in Graphics Design

In Testimony Whereof upon recommendation of the faculty, our signatures together with the seal of the Texarkana College, are hereunto affixed on this the

twenty-eighth day of February, 2018 at Texarkana.

_____
PRESIDENT, BOARD OF TRUSTEES

_____
PRESIDENT OF TEXARKANA COLLEGE