MICHAEL BLAINE FAULKNER
REG. NO.: 03829-078
TEXARKANA FCI
POST OFFICE BOX 7000
TEXARKANA, TEXAS 75505

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 28 2020

CLERK, U.S. DISTRICT COURT
By_____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff,

VS.                                            CASE NO.: 3:09-CR-249-D(02)

MICHAEL BLAINE FAULKNER,                       HON. SIDNEY A. FITZWATER

       Defendant.

------------------------------x

## NOTICE OF APPEAL

COMES NOW DEFENDANT, MICHAEL BLAINE FAULKNER who hereby appeals the decision of the District Court dated August 13, 2020.

Dated: August 24, 2020

                                              MICHAEL BLAINE FAULKNER, PRO SE

### CERTIFICATION OF SERVICE BY MAIL

I, Michael Blaine Faulkner, hereby declare under the penalty of perjury that I am currently an inmate at Texarkana FCI located at Post Office Box 7000, Texarkana, Texas 75505 which facility has a legal mail postal system in which I deposited this Notice of Appeal with sufficient first class postage addressed to the following:

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 COMMERCE STREET, ROOM 1452
DALLAS, TEXAS 75242

Executed on this 24th day of August, 2020 at Texarkana, Texas.

                                              Michael Blaine Faulkner,
                                              declarant



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
P.O. Box 9500
Texarkana, Texas 75505-9500

MICHAEL BLAINE FAULKNER
TEXARKANA FEDERAL CORRECTION INSTITUTION
POST OFFICE BOX 7000
TEXARKANA, TEXAS 75505

REG. NO.: 03829-078

SHREVEPORT LA. 711
TUE 25 AUG 2020 PM

MAIL ROOM
FCI TEXARKANA, TEXAS 75505-9500   8-25-20

The enclosed letter was processed through a special mail procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

AUG 28 2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 COMMERCE STREET, ROOM 1452
DALLAS TEXAS 75242

ATTN: CLERK OF THE COURT