IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | Criminal Action No. 3:09-CR-249-D(02) |
| VS. § | |
| § | |
| MICHAEL BLAINE FAULKNER, § | |
| § | |
| Defendant. § | |

### **ORDER**

The Fifth Circuit has vacated and remanded for further proceedings this court's order denying defendant's motion for compassionate release.

Accordingly, defendant Michael Blaine Faulkner ("Faulkner") may file a supplement to his motion no later than September 10, 2021. The government may respond to Faulkner's supplement within 14 days after it is filed. Faulkner may reply to the government's response within 28 days after it is filed.

**SO ORDERED**.

August 13, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE