MICHAEL BLAINE FAULKNER
REG. NO.: 03829-078
TEXARKANA FCI
POST OFFICE BOX 7000
TEXARKANA, TEXAS 75505



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
DALLAS DIVISION

------------------------X

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                    CASE NO.: 3:09-CR-249-D(02)

MICHAEL BLAINE FAULKNER.,              HON. SIDNEY A. FITZWATER

    Defendant.

------------------------X

NOTICE OF APPEAL

    COMES NOW DEFENDANT, MICHAEL BLAINE FAULKNER. who hereby appeals the decision of the District Court dated January 13, 2022

Dated: January 19, 2022

_____
Michael Blain Faulkner, Pro Se

CERTIFICATION OF SERVICE BY MAIL

    I, Michael Blaine Faulkner, hereby declare under the penalty of perjury that I am currently an inmate at Texarkana FCI located at Post Office Box 7000, Texarkana, Texas 75505 which facility has a legal mail postal system in which I deposited this Notice of Appeal with sufficient first-class postage addressed to the following:

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 COMMERCE STREET, ROOM 1452
DALLAS, TEXAS 75242

    Executed on this 24th day of August, 2020 at Texarkana, Texas.

_____
Michael Blaine Faulkner, Declarant



COMMITTED NAME: Michael Blaine Faulkner
REG. NO. & QTRS.: 03829-078  E-268L
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7000
TEXARKANA, TX 75505-7000

SHREVEPORT LA 710
20 JAN 2022 PM 1 L

Clerk of the Court
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, TX 75242

75242-131052

JAN 25 2022