# United States Court of Appeals
# for the Fifth Circuit



**Certified as a true copy and issued as the mandate on Dec 09, 2022**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

No. 22-10088
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit
**FILED**
October 17, 2022
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

MICHAEL BLAINE FAULKNER,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:09-CR-249-2
_____

Before WIENER, ELROD, and ENGELHARDT, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.