December 26th, 2022

To: Clerk of the Court - Northern District
RE: Legal Documents



Dear Clerk,

I am a federal inmate housed at FCC Forrest City, Arkansas. I am new to the facility, and currently have no access to any of my legal work as it's still in-transit. I am in need of a copy of my Docket, and my Judgement and Commitment order, in order to continue my pursuit of my Compassionate Release motion in the 5th Circuit Court of Appeals. Please provide me with copies of the above documents. I understand there is no cost for less than 100 pages, but if there is any cost please provide me with a bill and payment instructions as needed. Thank you in advance for your assistance in this matter.

Sincerely,
Michael Blaine
Michael Blaine Faulkner Reg.# 03829-078
FCC Forrest City
P.O. Box 3000 - Medium
Forrest City, AR 72336

Michael Blaine Faulkner
Reg.# 03529-078
Federal Correctional Complex
P.O. Box 3000 - Medium
Forrest City, AR 72336

RECEIVED-1
JAN - 4 2023
MAILROOM



Clerk of the Court
Northern District of Texas
Room 1452
1100 Commerce Street
Dallas, TX. 75242-1699

75242-131052

MEMPHIS TN 380
28 DEC 2022 PM 3 L



## United States District Court
### Northern District of Texas

*Dallas Division*

01/06/2023

Michael Faulkner #03824-078
BOP Forrest City FCI - Medium
PO Box 3000
Forrest City  AR 72336

Re: Your correspondence received in the U.S. District Clerk's Office on  01/04/2023
Case No./Style:  3:09-cr-000249-D-2/USA v. Faulkner et al

Please find enclosed a courtesy copy of your docket sheet and judgment. Future copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page.

Sincerely,

Deputy Clerk -  MB