UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AT DALLAS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
)
v. )           USDC Case No. 3:09-cr-249-2
)
MICHAEL BLAINE FAULKNER, )     Hon. Sidney A. Fitzwater
)                              Senior United States District Judge
Defendant/Movant. )

---

## MOTION TO EXPAND THE RECORD

COMES NOW MICHAEL BLAINE FAULKNER, Movant *pro se*, in the above styled and numbered cause, and respectfully moves this Honorable Court to expand the record to include the attached exhibits in support of his contemporaneously submitted motion for modification of term of imprisonment.[1]

Respectfully submitted, this 13th day of April, 2026.

Mr. Michael Blaine Faulkner
Federal Reg. No. 03829-078

---

[1] The attached exhibits show proof of exhaustion, tend to establish grounds for modification of Mr. Faulkner's sentence, and offer evidence relevant to various 18 U.S.C. §3553(a) factors and on their own merits. *See, U.S.S.G. §§ 1B1.13(a)(2),(a)(3), & (d); Pepper v. United States*, 179 L.Ed.2d 196, 214-15 (2011).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

Motion to Expand the Record, with all exhibits, has been mailed, first class

postage prepaid, on this _13th_ day of April, 2026, to: opposing counsel, United

States Attorney's Office, 1100 Commerce St. 3rd Floor, Dallas, TX 75242.

Executed under penalty of perjury pursuant to 28 U.S.C. §1746, on this

_13th_ day of April, 2026.

Mr. Michael Blaine Faulkner
Federal Reg. No. 03829-078
FCI Forrest City (MEDIUM)
P.O. Box 3000
Forrest City, AR 72336

2

EXHIBIT #1

Warden,                                                          November 3rd, 2025

FCI Forrest City Medium


This is my formal request for compassionate release pursuant to Title 18 U.S.C. Section 3582(c)(1)(A), as amended by the First Step Act (FSA). See P.L. 115-391, 132 Stat. 5194, at Section 603 (Dec. 21, 2018).

Specifically, I seek a sentence reduction to time served based on the following extraordinary and compelling reason, amongst others:

The reality is that I am serving an unusually long sentence and would receive a lesser sentence today and other reasons which rise to the level of extraordinary and compelling reasons for compassionate release, as defined in Amendment 814.

Additionally, the relevant 3553(a) factors, including, but not limited to, my post-sentence rehabilitation and my age, support such a reduction in my sentence.


Respectfully,

Michael Blaine Faulkner

EXHIBIT #2

**FEDERAL DEFENDANTS IN SELECTED CELL**

During the last five fiscal years (FY2020-2024), there was an insufficient number of defendants (1) whose primary guideline was §2B1.1, with a Final Offense Level of 41 and a Criminal History Category of V, after excluding defendants who received a §5K1.1 substantial assistance departure; and (2) who received a sentence of imprisonment in whole or in part.

EXHIBIT #3



## Individualized Needs Plan - Program Review    (File copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAULKNER, MICHAEL BLAINE  03829-078

SEQUENCE: 00529463
Team Date: 04-08-2026



| | |
|---|---|
| Facility: | FOM  FORREST CITY MED FCI |
| Name: | FAULKNER, MICHAEL BLAINE |
| Register No.: | 03829-078 |
| Age: | 53 |
| Date of Birth: | 02-08-1973 |
| Proj. Rel. Date: | 11-07-2034 |
| Proj. Rel. Method: | FIRST STEP |

DNA Status: MEN00297 / 11-05-2014
CIMS Status: YES
CIMS Reconciled: NO

### Contact Information

**Primary contact in case of death.**
Thomas Faulkner, FATHER
1513 Chippewa Street, Longview, TX 75005 US
Phone (mobile) : 903-445-9604

**Alternate contact in case of death.**
Janet Faulkner, MOTHER
406 Duncan Road, Marshall, TX 75672 US
Phone (mobile) : 903-935-1582

**Inmate is subject to 18 U.S.C. 4042(B) Notification:**    Yes

PRIOR CONVICTION FOR A CRIME OF VIOLENCE

**Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration:**    N/A

### Offense Sentences

| Charge | Terms In Effect | Terms of Supervision |
|---|---|---|
| 18:1512(B)(2)(B);OBSTRUCTION:HIDE ASSETS. 18:1349(18:1341 & 13 43) CONSPIRACY TO COMMIT WIRE AND MAIL FRAUD. | 360 MONTHS | 3 YEARS |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 04-25-2018 |
| COMPUTR NO | NOT ALLOWED TO USE COMPUTERS | 03-04-2019 |
| CV-HC DENY | COVID HOME CONFINEMENT DENIAL | 12-04-2021 |
| DEPEND Y | DEPENDENTS UNDER 21 - YES | 04-25-2018 |
| PHOTO ID N | PHOTO ID - NO | 04-25-2018 |
| RPP PART | RELEASE PREP PGM PARTICIPATES | 03-03-2016 |
| SSN CARD Y | SOCIAL SECURITY CARD - YES | 04-24-2025 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 04-25-2018 |
| VETERAN N | VETERAN - NO | 04-25-2018 |
| V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 08-07-2012 |
| V94 PV | V94 PAST VIOLENCE | 02-14-2024 |
| WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 06-07-2012 |

### Inmate Photo ID Status

| |
|---|
| Full status incomplete - Expiration: null |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FOM | REC PM 2 | REC PM 2 | 11-25-2024 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FOM | ESL HAS | ENGLISH PROFICIENT | 10-26-1993 |
| FOM | GED HAS | COMPLETED GED OR HS DIPLOMA | 10-26-1993 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FOM | C | SECRETS OF MENTAL MATH | 10-06-2025 | 01-05-2026 |
| FOM | C | ART OF CRITICAL DECISION PT1 | 10-06-2025 | 12-02-2025 |
| FOM | C | ACE ENTREPRENEURSHIP - BUS OWN | 01-06-2025 | 03-28-2025 |
| FOM | C | SPORTS NUTRITION CLASS | 12-12-2024 | 03-07-2025 |



**Individualized Needs Plan - Program Review**    (File copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: FAULKNER, MICHAEL BLAINE   03829-078

SEQUENCE: 00529463

Team Date: 04-08-2026

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FOM | C | FITNESS BUSINESS CONCEPTS | 12-13-2024 | 03-07-2025 |
| FOM | C | ACE CDL | 10-08-2024 | 12-23-2024 |
| FOM | C | THE STUDY OF EFFECTIVE REASONI | 07-19-2024 | 09-27-2024 |
| FOM | C | COUNTDOWN TO FREEDOM SELF | 05-31-2024 | 06-06-2024 |
| FOM | C | STINKING THINKING | 05-31-2024 | 06-06-2024 |
| FOM | C | PREPARING FINANCIAL FUTURE | 05-31-2024 | 06-06-2024 |
| FOM | C | 21ST CENTURY EMPLOYABILITY | 05-31-2024 | 06-06-2024 |
| FOM | C | RPP JOB SEARCH SELF PACE | 05-31-2024 | 06-06-2024 |
| FOM | C | GETTING THE JOB YOU LIKE SELFP | 05-31-2024 | 06-06-2024 |
| FOM | C | RPP RESUME WRITING SELF PACE | 05-24-2024 | 05-31-2024 |
| FOM | C | COMMUNICATION SKILLS SELF PACE | 05-24-2024 | 05-31-2024 |
| FOM | C | RPP ACCOUNTING SELF PACE | 05-24-2024 | 05-31-2024 |
| TEX | C | PIONEERING SKILLS-ACE | 10-19-2022 | 11-22-2022 |
| TEX | W | V-OFFICE MGR DOL ASHIP | 10-05-2021 | 11-09-2022 |
| TEX | C | ACE ROSETTA SPANISH I | 12-09-2021 | 06-02-2022 |
| TEX | C | UPHOLSTERY | 04-26-2021 | 05-19-2022 |
| TEX | C | ACE STOCK MARKET | 02-15-2021 | 04-15-2021 |
| TEX | C | ACE RESUME/INTERVIEW SKILLS | 03-01-2021 | 03-15-2021 |
| TEX | C | ACE IND STUDY PROBLEM SOLVING | 07-21-2020 | 10-05-2020 |
| TEX | C | ACE IND STUDY FINANCIAL AWARE | 07-16-2020 | 07-21-2020 |
| TEX | C | ACE IND STUDY APPLIED MATH | 06-30-2020 | 07-15-2020 |
| TEX | C | VT HVAC 5:30PM-8:30PM M-THURS | 03-29-2019 | 02-14-2020 |
| TEX | C | GRAPHIC DESIGN 530-830 PM M-TH | 02-27-2017 | 02-16-2018 |
| TEX | C | ROSETTA SPANISH IV | 04-23-2017 | 05-23-2017 |
| TEX | C | ROSETTA SPANISH III | 02-12-2017 | 04-23-2017 |
| MEN | C | THINKING ON YOUR FEET | 07-09-2016 | 08-16-2016 |
| MEN | C | ACCOUNTING CYCLE | 06-18-2016 | 07-09-2016 |
| MEN | C | TELEPHONE SKILLS | 06-18-2016 | 07-09-2016 |
| MEN | C | STARTING YOUR OWN BUSINESS | 05-13-2016 | 07-09-2016 |
| MEN | C | BETTER BUSINESS WRITING | 05-07-2016 | 07-09-2016 |
| MEN | C | WRITING A BUSINESS PLAN | 05-07-2016 | 07-09-2016 |
| MEN | C | BASICS OF MANUFACTURING | 05-13-2016 | 06-11-2016 |
| MEN | C | ATTITUDE ADJUSTMENT | 05-07-2016 | 06-11-2016 |
| MEN | C | TIME MANAGEMENT | 01-21-2016 | 01-21-2016 |
| MEN | C | MASTER SCHEDULING | 01-21-2016 | 01-21-2016 |
| MEN | C | FINANCIAL STATEMENTS | 01-21-2016 | 01-21-2016 |
| MEN | C | BUSINESS ETIQUETTE | 01-21-2016 | 01-21-2016 |
| MEN | C | COMMUNICATION SKILLS | 10-01-2015 | 10-23-2015 |
| MEN | C | EMOTIONAL INTELLIGENCE | 08-27-2015 | 10-02-2015 |
| MEN | C | CONFLICT MANAGEMENT | 03-05-2015 | 04-04-2015 |
| MEN | C | BEG BASIC DRAWING | 01-16-2014 | 03-07-2014 |
| MEN | C | ACE CDL ENGLISH | 12-18-2013 | 01-22-2014 |
| BMM | C | RELEASE | 07-26-2012 | 07-26-2012 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**ARS Assignments**

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| FOM | A-DES | TRANSFER RECEIVED | 12-20-2022 | CURRENT |
| TEX | A-DES | TRANSFER RECEIVED | 10-27-2016 | 12-16-2022 |
| MEN | A-DES | TRANSFER RECEIVED | 07-31-2013 | 10-13-2016 |
| BMM | A-DES | US DISTRICT COURT COMMITMENT | 07-11-2012 | 07-23-2013 |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|



**Individualized Needs Plan - Program Review    (File copy)**

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FAULKNER, MICHAEL BLAINE  03829-078

SEQUENCE: 00529463
Team Date: 04-08-2026

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 07-13-2012 |
| CARE2 | STABLE, CHRONIC CARE | 10-27-2016 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 12-20-2022 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 11-07-2018 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 12-02-2021 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-02-2021 |

**Current PTP Assignments**

| Assignment | Description | Start |
|---|---|---|
| NO ASSIGNMENTS | | |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 09-15-2016 |
| ED NONE | DRUG EDUCATION NONE | 01-23-2013 |

**FRP Payment Plan**

Most Recent Payment Plan

| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 05-15-2025 |
|---|---|---|---|
| Inmate Decision: | AGREED | $75.83 | Frequency: MONTHLY |
| Payments past 6 months: | $454.98 | | Obligation Balance: $18,235,256.76 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $100.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 3 | REST CV | $18,242,752.47 | $18,235,256.76 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 03-11-2026 | FOM | PAYMENT | INSIDE PMT | $75.83 |
| | 02-11-2026 | FOM | PAYMENT | INSIDE PMT | $75.83 |
| | 01-13-2026 | FOM | PAYMENT | INSIDE PMT | $75.83 |
| | 12-11-2025 | FOM | PAYMENT | INSIDE PMT | $75.83 |
| | 11-11-2025 | FOM | PAYMENT | INSIDE PMT | $75.83 |
| | 10-10-2025 | FOM | PAYMENT | INSIDE PMT | $75.83 |

**FRP Deposits**

Trust Fund Deposits - Past 6 months:   $701.00          Payments commensurate ?   Y

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 08-19-2022 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 03-21-2026 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 03-21-2026 |
| N-COGNTV N | NEED - COGNITIONS NO | 03-21-2026 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 03-21-2026 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 03-21-2026 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 03-21-2026 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 03-21-2026 |
| N-MEDICL Y | NEED - MEDICAL YES | 03-21-2026 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 03-21-2026 |



## Individualized Needs Plan - Program Review    (File copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: FAULKNER, MICHAEL BLAINE  03829-078

SEQUENCE: 00529463

Team Date: 04-08-2026

| Assignment | Description | Start |
|---|---|---|
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 03-21-2026 |
| N-TRAUMA N | NEED - TRAUMA NO | 03-21-2026 |
| N-WORK N | NEED - WORK NO | 03-21-2026 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 03-21-2026 |

### Progress since last review

Faulker has adhered to recommendations made by Unit Team during last review.  Faulkner has completed Secrets of Mental Math, Arts of Critical Decision.

### Next Program Review Goals

Unit Team recommends Faulkner enroll in Basic Cognitive skills offered by the Psychology Department.

### Long Term Goals

Complete Basic Cognitive Skills by 3/2027

### RRC/HC Placement

No.
Management decision - Not yet eligible for review at this time.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : RRC available in area
- Offense : Obstruction, hide assets, Conspiracy to commit wire/mail fraud
- Prisoner : 360-month sentence.  Minor disciplinary history
- Court Statement : No statement from the court
- Sentencing Commission : No Statement from sentencing commission.

Interacts well with both staff and inmates.  Minor disciplinary history.

### Comments

407/408 reviewed and current.
Judicial Recommendations: Yes, Imprisoned at FCI Texarkana.
If his release address remains in Marshall, Texas he will have to have a relocation prior to halfway house placement.
No PREA concerns.
Points : 16
Next update 10/26

FGMCE  006.00              MALE CUSTODY CLASSIFICATION FORM              04-15-2024
PAGE 001 OF 001                                                          12:55:50

## (A) IDENTIFYING DATA

REG NO..: | 03829-078 |          FORM DATE: 10-19-2023          ORG: FOM

NAME....: FAULKNER, MICHAEL BLAINE

                                            MGTV: NONE

PUB SFTY: SENT LGTH                         MVED:

## (B) BASE SCORING

DETAINER: (0) NONE                SEVERITY.......: (3) MODERATE

MOS REL.: 132                     CRIM HIST SCORE: (08) 11 POINTS

ESCAPES.: (0) NONE                VIOLENCE.......: (2) > 15 YRS SERIOUS

VOL SURR: (0) N/A                 AGE CATEGORY...: (2) 36 THROUGH 54

EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

## (C) CUSTODY SCORING

TIME SERVED.....: (4) 26-75%      PROG PARTICIPAT: (2) GOOD

LIVING SKILLS...: (1) AVERAGE     TYPE DISCIP RPT: (0) GREATEST

FREQ DISCIP RPT.: (2) 1           FAMILY/COMMUN..: (4) GOOD


--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|----------------|---------|----------|
| +15  | +13  | +1       | +16       | MEDIUM     | N/A            | IN      | INCREASE |


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:03829-078, Last Name:FAULKNER

U.S. DEPARTMENT OF JUSTICE                     FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number: 03829-078 | Risk Level Inmate....: R-LW |
| Inmate Name |   General Level......: R-LW (23) |
|   Last.........: FAULKNER |   Violent Level......: R-LW (13) |
|   First........: MICHAEL | Security Level Inmate: MEDIUM |
|   Middle.......: BLAINE | Security Level Facl..: MEDIUM |
|   Suffix.......: | Responsible Facility.: FOM |
| Gender.........: MALE | Start Incarceration..: 05/25/2012 |

### PATTERN Worksheet Summary

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| **Current Age** | 51 | 7 | 4 |
| **Walsh w/Conviction** | FALSE | 0 | 0 |
| **Violent Offense (PATTERN)** | FALSE | 0 | 0 |
| **Criminal History Points** | 11 | 32 | 12 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 2 | 2 | 4 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 3 | 3 | 3 |
| Serious Incident Reports (120 Months) | 1 | 1 | 1 |
| Time Since Last Incident Report | 18 | 0 | 0 |
| Time Since Last Serious Incident Report | 18 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 25 | -12 | -4 |
| Work Programs | 3 | -2 | -2 |
| | Total | 23 | 13 |

### PATTERN Worksheet Details

Item: Programs Completed, Value: 25

General Score: -12, Violent Score: -4

Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | CDLM ENG | 12/18/2013 00:01 | 12/18/2013 00:01 |
| EDC | SHUCONMNG | 03/05/2015 09:09 | 03/05/2015 09:09 |
| EDC | EMOTIONS-F | 08/27/2015 10:09 | 08/27/2015 10:09 |
| EDC | COMSKILL-F | 10/01/2015 13:01 | 10/01/2015 13:01 |
| EDC | BUSETIQ-F | 01/21/2016 14:20 | 01/21/2016 14:20 |
| EDC | FINSTAT-F | 01/21/2016 14:25 | 01/21/2016 14:25 |
| EDC | SCHEDULE-F | 01/21/2016 14:28 | 01/21/2016 14:28 |
| EDC | TIMEMANG-F | 01/21/2016 14:32 | 01/21/2016 14:32 |
| EDC | BUSWRITE-F | 05/07/2016 14:41 | 05/07/2016 14:41 |
| EDC | BUSPLAN-F | 05/07/2016 14:42 | 05/07/2016 14:42 |

FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:03829-078, Last Name:FAULKNER

**U.S. DEPARTMENT OF JUSTICE**                               **FEDERAL BUREAU OF PRISONS**

| | | | |
|---|---|---|---|
| EDC | ATTITUDE-F | 05/07/2016 14:53 | 05/07/2016 14:53 |
| EDC | MANUFACT-F | 05/13/2016 11:10 | 05/13/2016 11:10 |
| EDC | STRTBUS-F | 05/13/2016 11:11 | 05/13/2016 11:11 |
| EDC | ACCOUNT-F | 06/18/2016 10:31 | 06/18/2016 10:31 |
| EDC | PHONE-F | 06/18/2016 10:32 | 06/18/2016 10:32 |
| EDC | THINK-F | 07/09/2016 11:04 | 07/09/2016 11:04 |
| EDC | RS SPANIII | 02/12/2017 00:01 | 02/12/2017 00:01 |
| EDC | RS SPAN IV | 04/23/2017 13:00 | 04/23/2017 13:00 |
| **EDC** | **APP MATH** | **06/30/2020 00:01** | **06/30/2020 00:01** |
| EDC | **FIN AWARE** | 07/16/2020 00:01 | 07/16/2020 00:01 |
| EDC | **PROB SOLV** | 07/21/2020 00:01 | 07/21/2020 00:01 |
| EDC | **STOCK MARK** | 02/15/2021 00:01 | 02/15/2021 00:01 |
| EDC | **RESUME** | 03/01/2021 00:01 | 03/01/2021 00:01 |
| EDC | **RS SPAN I** | 12/09/2021 15:57 | 12/09/2021 15:57 |
| EDC | **PIONEER** | 10/19/2022 13:07 | 10/19/2022 13:07 |

----------------------------------------------------------------------------------------

Item: Work Programs, Value: 3

General Score: -2, Violent Score: -2

Risk Item Data

| Category | - Assignment | - Start | - Stop |
|---|---|---|---|
| EDC | GDVT EVE | 02/27/2017 17:30 | 02/27/2017 17:30 |
| EDC | M HVAC EVE | 03/29/2019 08:26 | 03/29/2019 08:26 |
| EDC | UPHOLST | 04/26/2021 07:30 | 04/26/2021 07:30 |

# TIFICATE OF ACHIEVEMENT

EDERAL CORRECTIONAL INSTITUTION, TEXARKANA, TEXAS

Be it known that

# Blaine Faulkner

ring successfully completed the requirements prescribed for the course

osetta Stone |  | *Spanish Level 1*

n awarded this Certificate of Achievement from the Education Department
on the 24th day of May, Two Thousand Twenty-Two

A. Hinton • Program Coordinator

**CERT**

**of ACHIEV**

## THIS ACKNOWLEDGES THAT

# Michael Faulkner

## HAS SUCCESSFULLY COMPLETED THE

FSA Walk With Ease Arthritis Foundation

Monday, January 27, 2025

*Recreation Specialist, A.*

# ˜IFICATE OF ACHIEVEMENT

Federal Correctional Institution, Texarkana, Texas

Be it known that

# Blaine Faulkner

having successfully completed
the requirements prescribed for the course

# sume Writing & Interviewing Skills

has been awarded this Certificate of Achievement
from the Education Department
on the 3rd day of March, Two-Thousand Twenty-One

*A. Hinton*
_____

A. Hinton – Program Coordinator

# tificate of Achievement

Federal Correctional Institution, Texarkana, Texas

Be it known that

# Blaine Faulkner

having successfully completed the
requirements prescribed for the course

## Stock Market

has been awarded this Certificate of Achievement
from the Education Department
this 12th day of April, Two Thousand Twenty-One

_A. Hinton_

A. Hinton – Program Coordinator

# IFICATE OF ACHIEVEMENT

Federal Correctional Institution, Texarkana, Texas

Be it known that

# Blaine Faulkner

having successfully completed the
requirements prescribed for the course

## ARP Foundation Finances 50+

has been awarded this Certificate of Achievement

from the Education Department

on the 1st day of February, Two Thousand Twenty-One

_____

A. Hinton – Program Coordinator

# Certificate of Achievement

## FEDERAL CORRECTIONAL INSTITUTION, TEXARKANA, TEXAS

Be it known that

# Blaine Faulkner

having successfully completed
the requirement prescribed for the course

## ULTRA KEY TYPING

has been awarded this Certificate of Achievement
from the Education Department
this the 3$^{rdh}$ day of February, Two Thousand Twenty-One

A. Hinton

_____

A.  Hinton – Program Coordinator

# *Adult Continuing Educat*

# *Certificate of Completio*

Is awarded to:

## Michael B. Faulkner

Who has successfully completed 10 hours of

## The Study of Effective Reasoning Part

While exhibiting exceptional involvement and drive for self-impr

*A. Jackson*

A. Jackson / Adult Continuing Education Coordinator                    Septem

FCC Forrest City, Medium

# *Adult Continuing Educa*

# *Certificate of Completi*

Is awarded to:

## Michael B. Faulkner

Who has successfully completed 20 hours of

## Commercial Driver's License

While exhibiting exceptional involvement and drive for self-im

*A. Jackson*

A. Jackson / Adult Continuing Education Coordinator

FCC Forrest City, Medium

Decer

# FCI MENDOTA

## MICHAEL FAULKNER

### COMPLETION OF ACE UNDERSTANDING FINANCIAL STATEMEN

DATE:_January 21,2015_____



TEACHER ___Rhode___



# FCI MENDOTA

## MICHAEL FAULKNER

### COMPLETION OF ACE BUSINESS ETIQUETTE AND PROFESSION

DATE:_January 21,2015_____



TEACHER

# FCI MENDOTA

## MICHAEL FAULKNER

### COMPLETION OF ACE TIME MANAGEMENT



DATE:_January 21,2015_____

TEACHER _R Angell_



# Certificate of Completio

**FCI Mendota Education Department**

*Certifies that*

# FAULKNER, MICHAEL

*Has successfully completed the following program*

## ACE Communication Skills for Lea

*This certificate is hereby issued on the 2nd day of Nov, 20*



Trainin



# Certificate of Achievemen

Awarded to: M. Faulkner

## BEGINNER DRAWING CLASS

Through the Leisure Program at FCI Mendota Recreation Dep

Given this 7th day of March 2014

K.R. Jones, Supervisor of Recreation

E. Becerra, Recreatior

# CERTIFICATE OF ACHIEVE

Federal Correctional Institution, Texarkana, Texas

Be it known that

# Blaine Faulkner

having successfully completed the requirements prescribed for the c

## Applied Math

*(5 SENTRY Credit Hours)*

has been awarded this Certificate of Achievement from the Education D

on the 17th day of July, Two Thousand Twenty

_A. Hinton_

A. Hinton – Program Coordinator



# Texarkana College

Texarkana · Texas

## Be It Known That

## Michael Faulkner

*having successfully completed the prescribed Course of Study and having c[...] with all other requirements established by the College has been granted [...]*

## Certificate of CEU in Graphics Design

*In Testimony Whereof upon recommendation of the faculty, our signatures t[...] with the seal of the Texarkana College, are hereunto affixed on this t[...] twenty-eigth day of February, 2018 at Texarkana.*

PRESIDENT, BOARD OF TRUSTEES

PRESIDENT OF

# CERTIFICATE OF ACHIEVE

Federal Correctional Institution, Texarkana, Texas

Be it known that

# Blaine Faulkner

having successfully completed the requirements prescribed for the c

## Financial Awareness

*(10 SENTRY Credit Hours)*

has been awarded this Certificate of Achievement from the Education D

on the 24th day of July, Two Thousand Twenty

A. Hinton – Program Coordinator



# FCI MENDOTA

## MICHAEL FAULKNER

### COMPLETION OF ACE JIT FORECASTING AND MASTER SCHEDULI

DATE:_January 21,2015_____



TEACHER ___R Hacal___

EXHIBIT #5

Jason Owen

President Open Efforts Corporation

5830 E 2ND ST, STE. 7000 #2185

CASPER , WY 82609

j.owen@openefforts.com

(831) 970-2824

March 28, 2025


The President of the United States

The White House

1600 Pennsylvania Avenue NW

Washington, D.C. 20500


Subject: Letter of Support for Clemency Petition of Mr. Michael B. Faulkner


Dear Mr. President,


I am writing to offer my full and heartfelt support for the clemency petition of Mr. Michael B. Faulkner. As a business owner and long-time acquaintance of Mr. Faulkner, I have had the privilege of knowing him for over a decade. In that time, he has consistently demonstrated qualities of intelligence, generosity, and integrity, traits that have made a lasting impact not only on my life, but also on the success of my business.


Mr. Faulkner has been an invaluable advisor and supporter of my Virtual Assistant Services company, which has been operating for over six years. From the earliest days of my business, he has provided expert technical guidance and support that has played a critical role in its development and growth. His deep knowledge of software systems, combined

with his calm and collaborative nature, has made him an essential part of my extended team, even from a distance.

More importantly, Mr. Faulkner is a humble, down-to-earth individual who genuinely cares about others. He has never hesitated to lend his skills to help those around him, whether professionally or personally. He embodies the kind of person who uplifts others and builds community wherever he goes.

Should Mr. Faulkner be granted clemency, I want to make it unequivocally clear that my company would offer him full-time employment as a software engineer. It would be both an honor and a strategic benefit to have him on board in an official capacity. His talents, work ethic, and character make him not just employable, but indispensable.

I respectfully urge you to consider his petition with compassion and fairness. Mr. Faulkner is not only deserving of a second chance; he has the potential to continue contributing meaningfully to society, the workforce, and to the many lives he has already positively influenced.

Thank you for your time and thoughtful consideration.

Sincerely,

Jason Owen

President | Open Efforts Corporation

To Whom It May Concern,

I initially met Michael Faulkner in a federal correctional facility years ago. I was in my mid 20's, without direction, and wondering how to rebuild my life after incarceration. From the beginning, Michael was someone I could look up to. Whether I needed advice, encouragement, or someone to talk to, he was there, offering insights and leading by example. In an environment of hostility and despair, Michael was like a guiding light.

I'm currently 5 years post-incarceration and I work as a Cyber Security professional. In my current role, I've served as the deputy and lead forensic investigator on various cyber crime scenes with my findings leading to multiple arrests. I also discovered a critical flaw in a state's online voting system as part of a security audit. The integrity of our state's voting systems is vital to national security, and my discovery wouldn't have been possible without Michael's mentorship and encouragement, which set me on my current path.

To say Michael had a profound impact on my life is an understatement. I have seen firsthand the kind of man Michael is today: honest, driven, and genuinely trying to help others build a better life. I look forward to the day that he is free and I can shake his hand. I see no benefit in keeping him incarcerated and I am confident of the profound positive impact he will have on the world once released.

Please feel free to contact me if you need any further information.

Sincerely,

Chase Theodos
Threat Detection Engineer
318-703-1913
chase.theodos@iinfosec.com

EXHIBIT #6

**President Donald J Trump**

**The White House**

1600 Pennsylvania Avenue, NW

Washington, D.C. 20500

**Clemency Petition for My Brother, Michael Faulkner**

President, Donald J. Trump,

My name is Laurie Delich, and I am the sister of Michael Faulkner, who is currently serving a 30-year federal prison sentence at FCI Forrest City Medium in Arkansas. I am writing to you today with a sincere and heartfelt plea for clemency on his behalf.

Michael was sentenced in 2013 after pleading guilty to one count of wire fraud and one count of obstruction of justice, related to financial and telecom-related activities that were widely publicized at the time. His case, *USA v. Faulkner*, was complex and involved rapidly evolving technology and telecom systems that, while disruptive, were not violent or malicious in nature.

Michael has already served more than a decade in prison, a significant portion of his life, and time away from the people who love and support him. Our family believes this punishment has more than fulfilled its purpose. The original 360-month sentence was far longer than necessary, especially for a non-violent offender. Keeping him incarcerated is not only a tremendous burden on federal resources but also an injustice, given the many white-collar cases with far shorter sentences for similar or even greater losses.

Michael is the father of three adult children and the grandfather of two beautiful grandchildren, all of whom love him dearly and want him home. Our entire family stands ready to support him emotionally, spiritually, and practically when he returns. He has a home to come back to, people who care for him deeply, and the skills and intelligence to make a meaningful contribution to society again.

While incarcerated, Michael has remained strong and focused. He has used his time to reflect, to grow, and to remain intellectually and emotionally engaged. He is not a danger to society; in fact, quite the opposite. With his background in technology, business, and infrastructure, Michael can and will use his experience to help others and contribute positively to the world around him.

We are simply asking for a second chance for someone who has paid dearly for his mistakes and has shown every sign of being ready to make things right. Allowing Michael to come home would not only reunite a family but also free up federal resources that could be better spent on rehabilitation, education, and other priorities. His continued incarceration does not serve the interests of justice or the public.

Please consider this request with compassion, fairness, and humanity. Our family, including his children and grandchildren, are praying for mercy and the opportunity to welcome Michael home.

With deep gratitude,

**Laurie Delich**

*Laurie Delich*

Thomas E. Faulkner

1513 Chippewa St.

Longview, Texas 75605


**Clemency Request for My Son, Michael Faulkner**

To Whom It May Concern,

As a father, there is no pain greater than watching your child lose years of his life that can never be reclaimed. My name is [Your Full Name], and I am the father of Michael Faulkner. I'm writing today to respectfully request that you grant clemency to my son, who has now served more than fifteen years of a 30-year federal sentence — a sentence that, from the perspective of a parent and a citizen, seems unnecessarily severe for a non-violent offense.

Michael has made mistakes, and I won't deny that. But he has also taken responsibility for his actions. What hurts most as a father is not just the time he's lost behind bars — it's seeing the man he is today, changed, reflective, and determined to do right, and knowing that he still faces many more years of confinement despite everything he's already endured.

He missed his children growing into adults. He's missed the birth of two grandchildren. And while he's done his best to stay connected, prison walls are thick, and time moves differently on the outside. Michael is a devoted father and grandfather who still has so much to give — not only to his family but to his community.

He was once a young entrepreneur working in a fast-moving field where rules were still being defined. Yes, he pushed limits. But he was never violent, never hateful, and never harmful in a physical sense. He has since paid an enormous price: not just time served, but the opportunity cost of being removed from a society he could have contributed to. That, to me, is punishment enough.

Our family is ready to support Michael however we can. We are not just waiting for him — we are planning for him. He has a stable home to return to, people who love him deeply, and a chance to put his education and knowledge to good use in positive, productive ways. We believe in rehabilitation, in redemption, and in second chances — especially for those who've already shown they're ready to take them.

With respect, I ask you to look not only at the record, but at the man behind it — and the many lives, including mine, that are connected to his. Keeping Michael in prison for another decade or more serves no meaningful purpose. It places a heavy cost on taxpayers and offers little return to society. He is ready to come home. We are ready to receive him.

Thank you for your time, your service, and your consideration.

Sincerely,
**Thomas Faulkner**
Father of Michael Faulkner

903-445-9604

President Donald J Trump

The White House

1600 Pennsylvania Avenue, NW

Washington, D.C. 20500

**Clemency Petition for My Son, Michael Faulkner**

President, Donald J. Trump,

My name is Janet Faulkner, and I am the mother of Michael Faulkner, who is currently serving a 30-year sentence in federal prison. I write this letter not as someone trying to argue legal points, but as a mother; one who has watched her son lose more than a decade of his life, and who is now pleading for mercy and a chance for him to come home.

Michael has made mistakes, but he has already paid a very heavy price. He has now been incarcerated for more than ten years. He has missed precious years with his three adult children and now two grandchildren who barely know their grandfather. The person I raised; bright, capable, and driven, has grown into a man who has learned from his past and is determined to live differently.

I know he's ready to come home. And more than anything, I want to see my son again; not behind glass, not in a visiting room, but home, where he belongs. Unfortunately, my own health is making that harder and harder to imagine.

I've been dealing with ongoing medical issues for the past few years, and I now face an upcoming surgery scheduled for August. My doctors have made it clear that travel will not be possible for the foreseeable future. In truth, I haven't been able to visit Michael in some time because of my condition. I don't know how many chances I'll have left to see my son in this lifetime — and the thought of not having that opportunity again is devastating.

We are not asking for a free pass. Michael has taken responsibility and served his time. What we are asking for is mercy. Compassion. A second chance. The original sentence of 30 years was far too long for a non-violent offense, and continuing to keep him behind bars is not only a hardship for him but for his entire family, especially for a mother who is running out of time.

Our family is prepared to support him in every way. We are waiting with open arms. Please give Michael a chance to return to the people who love him and allow me the chance to spend time with my son while I still can.

Thank you from the bottom of my heart for considering this request.

Sincerely,

**Janet Faulkner**

Fiscal Year 2024
https://www.ussc.gov/research/quick-facts

EXHIBIT #7



# QuickFacts

## Theft, Property Destruction, and Fraud

### Population Snapshot

61,678 cases were reported in FY24;

5,015 involved Theft, Property Destruction, and Fraud.[1]

These cases have increased 15.0% since FY20.

### Individual and Offense Characteristics

70.2% of individuals sentenced for theft, property destruction, and fraud offenses were men.

38.6% were White, 38.6% were Black, 16.0% were Hispanic, and 6.8% were Other races.

Their average age was 43 years.

88.2% were United States citizens.

73.0% had little or no prior criminal history (Criminal History Category I).

The median loss for these offenses was $210,410;[3]
- 9.1% involved loss amounts of $6,500 or less;
- 19.6% involved loss amounts greater than $1.5 million.

Sentences were increased for:
- the number of victims or extent of harm to victims (31.0%);[4]
- using sophisticated means to execute or conceal the offense (19.7%);
- using an unauthorized means of identification (14.8%);
- a leadership or supervisory role in the offense (9.9%);
- abusing a public position of trust or using a special skill (15.6%);
- obstructing or impeding the administration of justice (3.7%).

Sentences were decreased for:
- minor or minimal participation in the offense (4.7%).

The top five districts for individuals sentenced for theft, property destruction, and fraud offenses were:
- Southern District of Florida (272);
- Southern District of New York (232);
- Central District of California (179);
- Southern District of Texas (168);
- Middle District of Florida (145).

### Number of Theft, Property Destruction, and Fraud Offenses



### Median Loss Amounts for Theft, Property Destruction, and Fraud Offenses[2]



### Punishment

The average sentence length for individuals sentenced for theft, property destruction, and fraud offenses was 22 months.

74.2% were sentenced to prison.

8.7% were convicted of an offense carrying a mandatory minimum penalty; 17.4% of those individuals were relieved of that penalty.

*This document was produced and published at U.S. taxpayer expense.*



## QuickFacts
### Theft, Property Destruction, and Fraud

## Sentences Relative to the Guideline Range

60.1% of sentences for theft, property destruction, and fraud offenses were under the *Guidelines Manual*.

- 41.4% were within the guideline range.

- 14.5% were substantial assistance departures.
  - *The average sentence reduction was 68.1%.*

- 0.1% were Early Disposition Program (EDP) Departures.[5]
  - *The average sentence reduction was 30.6%.*

- 3.8% were some other downward departure.
  - *The average sentence reduction was 55.5%.*

- 0.3% were upward departures.
  - *The average sentence increase was 104.1%.*

39.9% of sentences for theft, property destruction, and fraud offenses were variances.

- 37.9% were downward variances.
  - *The average sentence reduction was 57.0%.*

- 2.0% were upward variances.
  - *The average sentence increase was 59.6%.*

The average guideline minimum slightly increased while the average sentence imposed remained steady over the past five years.

- The average guideline minimum slightly increased from 28 months in fiscal year 2020 to 31 months in fiscal year 2024.

- The average sentence imposed was 21 months in fiscal year 2020 and 22 months in fiscal year 2024.

---

[1] Theft, Property Destruction, and Fraud offenses include cases in which the individual was sentenced under §2B1.1 (Larceny, Embezzlement, and Other Forms of Theft; Offenses Involving Stolen Property; Property Damage or Destruction; Fraud and Deceit; Forgery; Offenses Involving Altered or Counterfeit Instruments Other than Counterfeit Bearer Obligations of the United States).

[2] Cases with incomplete sentencing information were excluded from the analysis.

[3] The Loss Table was amended effective November 1, 2001 and November 1, 2015.

[4] The Victims Table and Sophisticated Means adjustment were amended effective November 1, 2015.

[5] "Early Disposition Program" (or EDP) departures are departures where the government sought a sentence below the guideline range because the defendant participated in the government's Early Disposition Program, through which cases are resolved in an expedited manner. See USSG §5K3.1.

SOURCE: United States Sentencing Commission, FY 2020 through FY 2024 Datafiles, USSCFY20-USSCFY24.

## Sentences Relative to the Guideline Range



Fiscal Year 2024

Variances (39.9%)

Under the Guidelines Manual (60.1%)



| | |
|---|---|
| Within Range | 41.4% |
| Substantial Assistance | 14.5% |
| Other Downward Departure | 3.8% |
| Upward Departure | 0.3% |
| Early Disposition Program (EDP) | 0.1% |

## Sentences Relative to the Guideline Range by Fiscal Year



Within Range   Substantial Assistance   Other Downward Departure   Variances

## Average Guideline Minimum and Average Sentence (months)



Guideline Minimum   Sentence

EXHIBIT #8

Case 3:09-cr-00249-D    Document 1948    Filed 04/23/26    Page 39 of 54    PageID 21675

# National Vital Statistics Reports

**NVSS**

**Volume 71, Number 1**                                    **August 8, 2022**

# United States Life Tables, 2020

by Elizabeth Arias, Ph.D., and Jiaquan Xu, M.D., Division of Vital Statistics

## Abstract

*Objectives*—This report presents complete period life tables for the United States by Hispanic origin, race, and sex, based on age-specific death rates in 2020.

*Methods*—Data used to prepare the 2020 life tables are 2020 final mortality statistics; July 1, 2020, population estimates based on the 2010 decennial census; and 2020 Medicare data for people aged 66–99. The methodology used to estimate the life tables for the Hispanic population remains unchanged from that developed for the publication of life tables by Hispanic origin for data year 2006. The same methodology is used to estimate the life tables for the non-Hispanic American Indian or Alaska Native (AIAN) and non-Hispanic Asian populations. The methodology used to estimate the 2020 life tables for all other groups was first implemented with data year 2008.

*Results*—In 2020, the overall expectation of life at birth was 77.0 years, decreasing 1.8 years from 78.8 in 2019. From 2019 to 2020, life expectancy at birth decreased by 2.1 years for males (76.3 to 74.2) and by 1.5 years for females (81.4 to 79.9). In 2020, life expectancy decreased from 2019 by 4.7 years for the non-Hispanic AIAN population (71.8 to 67.1) and by 4.0 years for the Hispanic population (81.9 to 77.9), 3.3 years for the non-Hispanic Black population (74.8 to 71.5), 2.0 years for the non-Hispanic Asian population (85.6 to 83.6), and 1.4 years for the non-Hispanic White population (78.8 to 77.4).

**Keywords:** life expectancy • survival • death rates • Hispanic origin • race • National Vital Statistics System

## Introduction

Life tables are of two types: the cohort (or generation) life table and the period (or current) life table. The cohort life table presents the mortality experience of a particular birth cohort—all people born in the year 1900, for example—from the moment of birth through consecutive ages in successive calendar years. Based on age-specific death rates observed through consecutive calendar years, the cohort life table reflects the mortality experience of an actual cohort from birth until no lives remain in the group. To prepare just a single complete cohort life table requires data over many years. It is usually not feasible to construct cohort life tables entirely based on observed data for real cohorts due to data unavailability or incompleteness (1). For example, a life table representation of the mortality experience of a cohort of people born in 1970 would require the use of data projection techniques to estimate deaths into the future (2,3).

The period life table, by contrast, presents what would happen to a hypothetical cohort if it experienced throughout its entire life the mortality conditions of a particular period in time. For example, a period life table for 2020 assumes a hypothetical cohort that is subject throughout its lifetime to the age-specific death rates prevailing for the actual population in 2020. Consequently, the period life table may be characterized as rendering a "snapshot" of current mortality experience by showing the long-range implications of a set of age-specific death rates that prevailed in a given year. In this report, the term "life table" refers only to the period life table and not to the cohort life table.

Life tables can be classified in two ways according to the length of the age interval in which data are presented. A complete life table contains data for every single year of age. An abridged life table typically contains data by 5- or 10-year age intervals. A complete life table can easily be combined into 5- or 10-year age groups (see Technical Notes for instructions). Other than the decennial life tables, U.S. life tables based on data before 1997 are abridged life tables constructed by reference to a standard table (4).

Complete period life tables are presented in this report by sex for the Hispanic, non-Hispanic American Indian or Alaska Native (AIAN), non-Hispanic Asian, non-Hispanic Black, and non-Hispanic White populations, based on the 1997 Office of Management and Budget (OMB) revised standards for the reporting of race and ethnicity (5). These categories differ from the bridged-race categories shown in previous reports for 2000–2017. Comparisons between data years 2000–2017 and



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Centers for Disease Control and Prevention
National Center for Health Statistics
National Vital Statistics System



*NCHS reports can be downloaded from: https://www.cdc.gov/nchs/products/index.htm.*

Case 3:09-cr-00249-D    Document 1948    Filed 04/23/26    Page 40 of 54    PageID 21676

2018–2020 should be interpreted considering these differences. Life expectancy estimates for bridged-race categories are included in this report for 2006–2020 to document the effect of the change in race standards and to show trends. 2020 will be the last year for which estimates for bridged-race categories will be presented in this report. The Hispanic category is consistent with previous reports because the classification of Hispanic origin did not change between standards (5,6). In the remainder of this report, the term "race" refers to "single race" based on the 1997 standard (see Technical Notes and "Comparability of Race-specific Mortality Data Based on 1977 Versus 1997 Reporting Standards" for more information on differences between single- and bridged-race groups) (7).

# Data and Methods

The data used to prepare the U.S. life tables for 2020 are final numbers of deaths for 2020; July 1, 2020, population estimates based on the 2010 decennial census; and age-specific death and population counts for Medicare beneficiaries aged 66–99 for 2020 from the Centers for Medicare & Medicaid Services. Data from the Medicare program were used to supplement vital statistics and census data for ages 66 and over for the total, non-Hispanic Black, and non-Hispanic White populations. Because reliable Medicare data were not available for the Hispanic, non-Hispanic AIAN, and non-Hispanic Asian populations, statistical modeling was used to produce reliable old-age mortality estimates. The U.S. life tables by Hispanic origin and race are based on death rates that have been adjusted for race and ethnicity misclassification on death certificates, using classification ratios (or correction factors) generated from studies that evaluate Hispanic-origin and race misclassification on death certificates in the United States (8–11). (See Technical Notes for a detailed description of the data sets and methodology used to estimate the life tables and life table partitioning by cause of death.)

## Expectation of life

The most frequently used life table statistic is life expectancy ($e_x$), which is the average number of years of life remaining for people who have reached a given age ($x$). Life expectancy and other life table values for each age in 2020 are shown for the total population and by Hispanic origin, race, and sex in Tables 1–18. Life expectancy is summarized by age, Hispanic origin, race, and sex in Table A.

Life expectancy at birth ($e_0$) for 2020 for the total population was 77.0 years. This represents the average number of years that the members of the hypothetical life table cohort can expect to live at the time of birth (Table A).

## Survivors to specified ages

Another way to assess the longevity of the period life table cohort is to determine the proportion that survives to specified ages. The $l_x$ column of the life table provides the data for computing this proportion. Table B summarizes the number of survivors by age, Hispanic origin, race, and sex. To illustrate, 53,346 people out of the original 2020 hypothetical life table cohort of 100,000 (or 53.3 %) were alive at exact age 80. In other words, the probability that a person will survive from birth to age

**Table A. Expectation of life, by age, Hispanic origin and race, and sex: United States, 2020**

| Age (years) | All origins and races | | | Hispanic[1] | | | Non-Hispanic American Indian or Alaska Native[1] | | | Non-Hispanic Asian[1] | | | Non-Hispanic Black[1] | | | Non-Hispanic White[1] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| 0. . . . . . . . . | 77.0 | 74.2 | 79.9 | 77.9 | 74.6 | 81.3 | 67.1 | 63.8 | 70.7 | 83.6 | 81.1 | 85.9 | 71.5 | 67.8 | 75.4 | 77.4 | 74.8 | 80.1 |
| 1. . . . . . . . . | 76.4 | 73.6 | 79.3 | 77.3 | 74.0 | 80.7 | 66.7 | 63.3 | 70.2 | 82.9 | 80.4 | 85.2 | 71.3 | 67.5 | 75.1 | 76.7 | 74.2 | 79.4 |
| 5. . . . . . . . . | 72.5 | 69.7 | 75.3 | 73.4 | 70.0 | 76.7 | 62.8 | 59.5 | 66.3 | 78.9 | 76.4 | 81.2 | 67.4 | 63.7 | 71.2 | 72.8 | 70.2 | 75.5 |
| 10. . . . . . . . | 67.5 | 64.7 | 70.4 | 68.4 | 65.1 | 71.8 | 57.9 | 54.6 | 61.4 | 74.0 | 71.5 | 76.3 | 62.5 | 58.7 | 66.2 | 67.8 | 65.3 | 70.5 |
| 15. . . . . . . . | 62.6 | 59.8 | 65.4 | 63.4 | 60.1 | 66.8 | 53.0 | 49.7 | 56.5 | 69.0 | 66.5 | 71.3 | 57.6 | 53.8 | 61.3 | 62.9 | 60.3 | 65.5 |
| 20. . . . . . . . | 57.7 | 55.0 | 60.5 | 58.6 | 55.3 | 61.9 | 48.3 | 45.1 | 51.8 | 64.1 | 61.6 | 66.4 | 52.9 | 49.3 | 56.5 | 58.0 | 55.5 | 60.6 |
| 25. . . . . . . . | 53.0 | 50.5 | 55.7 | 53.9 | 50.7 | 57.1 | 43.8 | 40.7 | 47.1 | 59.3 | 56.8 | 61.4 | 48.4 | 45.0 | 51.7 | 53.3 | 50.9 | 55.8 |
| 30. . . . . . . . | 48.4 | 45.9 | 50.9 | 49.2 | 46.1 | 52.2 | 39.7 | 36.7 | 42.7 | 54.4 | 52.0 | 56.5 | 44.0 | 40.8 | 47.0 | 48.6 | 46.3 | 51.0 |
| 35. . . . . . . . | 43.8 | 41.5 | 46.2 | 44.5 | 41.6 | 47.4 | 35.8 | 33.0 | 38.7 | 49.6 | 47.1 | 51.6 | 39.5 | 36.5 | 42.4 | 44.1 | 41.9 | 46.3 |
| 40. . . . . . . . | 39.3 | 37.0 | 41.5 | 39.9 | 37.1 | 42.6 | 32.1 | 29.4 | 34.8 | 44.7 | 42.4 | 46.7 | 35.2 | 32.4 | 37.9 | 39.5 | 37.4 | 41.6 |
| 45. . . . . . . . | 34.8 | 32.7 | 36.9 | 35.3 | 32.7 | 37.9 | 28.3 | 25.9 | 30.8 | 39.9 | 37.7 | 41.8 | 31.0 | 28.3 | 33.5 | 35.0 | 33.1 | 37.0 |
| 50. . . . . . . . | 30.4 | 28.4 | 32.4 | 30.9 | 28.4 | 33.3 | 25.0 | 22.8 | 27.2 | 35.2 | 33.0 | 37.0 | 26.9 | 24.3 | 29.2 | 30.6 | 28.8 | 32.5 |
| 55. . . . . . . . | 26.2 | 24.3 | 28.0 | 26.6 | 24.2 | 28.8 | 21.8 | 19.8 | 23.8 | 30.6 | 28.6 | 32.3 | 23.0 | 20.6 | 25.1 | 26.4 | 24.7 | 28.1 |
| 60. . . . . . . . | 22.2 | 20.5 | 23.8 | 22.6 | 20.4 | 24.5 | 18.9 | 17.2 | 20.4 | 26.2 | 24.3 | 27.7 | 19.4 | 17.2 | 21.3 | 22.4 | 20.8 | 23.9 |
| 65. . . . . . . . | 18.5 | 17.0 | 19.8 | 18.8 | 16.9 | 20.4 | 16.0 | 14.6 | 17.3 | 21.9 | 20.3 | 23.2 | 16.2 | 14.3 | 17.8 | 18.6 | 17.2 | 19.9 |
| 70. . . . . . . . | 14.9 | 13.7 | 15.9 | 15.3 | 13.6 | 16.5 | 13.2 | 12.2 | 14.1 | 17.9 | 16.5 | 18.9 | 13.2 | 11.6 | 14.5 | 14.9 | 13.8 | 16.0 |
| 75. . . . . . . . | 11.6 | 10.6 | 12.4 | 11.9 | 10.6 | 12.9 | 10.7 | 9.9 | 11.3 | 14.0 | 12.9 | 14.8 | 10.5 | 9.2 | 11.4 | 11.6 | 10.6 | 12.4 |
| 80. . . . . . . . | 8.6 | 7.8 | 9.2 | 8.9 | 7.9 | 9.5 | 8.5 | 8.0 | 8.7 | 10.5 | 9.6 | 11.1 | 8.0 | 7.0 | 8.6 | 8.6 | 7.8 | 9.2 |
| 85. . . . . . . . | 6.1 | 5.5 | 6.5 | 6.4 | 5.6 | 6.7 | 6.5 | 6.2 | 6.6 | 7.4 | 6.8 | 7.8 | 5.9 | 5.2 | 6.3 | 6.1 | 5.5 | 6.5 |
| 90. . . . . . . . | 4.2 | 3.7 | 4.4 | 4.4 | 3.8 | 4.5 | 4.9 | 4.7 | 4.9 | 5.0 | 4.6 | 5.2 | 4.3 | 3.8 | 4.4 | 4.1 | 3.7 | 4.3 |
| 95. . . . . . . . | 2.8 | 2.5 | 2.9 | 3.0 | 2.6 | 3.0 | 3.8 | 3.7 | 3.6 | 3.3 | 3.0 | 3.3 | 3.1 | 2.8 | 3.2 | 2.8 | 2.5 | 2.9 |
| 100. . . . . . . | 2.0 | 1.8 | 2.0 | 2.1 | 1.9 | 2.1 | 2.9 | 2.9 | 2.8 | 2.3 | 2.1 | 2.2 | 2.3 | 2.1 | 2.3 | 2.0 | 1.8 | 2.0 |

[1]Life tables by Hispanic origin and race are based on death rates that have been adjusted for race and ethnicity misclassification on death certificates; see Technical Notes in this report.

SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

## 00,000 born alive, by age, Hispanic origin and race, and sex: United States, 2020

| Hispanic[1] | | | Non-Hispanic American Indian or Alaska Native[1] | | | Non-Hispanic Asian[1] | | | Non-Hispanic Black[1] | | | Non-Hispanic White[1] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| 99,532 | 99,493 | 99,573 | 99,241 | 99,168 | 99,316 | 99,689 | 99,671 | 99,708 | 98,967 | 98,884 | 99,052 | 99,562 | 99,526 | 99,600 |
| 99,460 | 99,415 | 99,508 | 99,002 | 98,898 | 99,111 | 99,638 | 99,621 | 99,657 | 98,794 | 98,705 | 98,906 | 99,480 | 99,425 | 99,538 |
| 99,415 | 99,369 | 99,465 | 98,877 | 98,790 | 98,972 | 99,606 | 99,593 | 99,622 | 98,689 | 98,596 | 98,819 | 99,431 | 99,366 | 99,500 |
| 99,344 | 99,291 | 99,403 | 98,716 | 98,585 | 98,855 | 99,560 | 99,539 | 99,582 | 98,551 | 98,431 | 98,727 | 99,355 | 99,265 | 99,448 |
| 99,080 | 98,921 | 99,249 | 98,079 | 97,779 | 98,383 | 99,400 | 99,382 | 99,479 | 97,970 | 97,547 | 98,459 | 99,111 | 98,927 | 99,304 |
| 98,602 | 98,219 | 99,015 | 96,925 | 96,250 | 97,610 | 99,135 | 99,082 | 99,350 | 96,936 | 95,995 | 97,964 | 98,646 | 98,273 | 99,039 |
| 98,002 | 97,332 | 98,726 | 95,047 | 93,789 | 96,351 | 98,889 | 98,754 | 99,222 | 95,828 | 94,418 | 97,351 | 97,984 | 97,369 | 98,633 |
| 97,291 | 96,337 | 98,333 | 92,276 | 90,539 | 94,103 | 98,613 | 98,388 | 99,071 | 94,477 | 92,563 | 96,510 | 97,107 | 96,191 | 98,070 |
| 96,418 | 95,102 | 97,851 | 88,796 | 86,372 | 91,330 | 98,264 | 97,881 | 98,865 | 92,799 | 90,333 | 95,362 | 96,031 | 94,801 | 97,320 |
| 95,297 | 93,549 | 97,191 | 85,128 | 81,962 | 88,437 | 97,782 | 97,203 | 98,554 | 90,658 | 87,635 | 93,746 | 94,722 | 93,154 | 96,362 |
| 93,695 | 91,444 | 96,132 | 79,925 | 75,635 | 84,417 | 97,012 | 96,133 | 98,042 | 87,851 | 84,131 | 91,592 | 92,976 | 91,027 | 95,015 |
| 91,325 | 88,384 | 94,516 | 73,946 | 68,906 | 79,239 | 95,785 | 94,434 | 97,221 | 84,012 | 79,438 | 88,571 | 90,499 | 88,016 | 93,094 |
| 87,768 | 83,770 | 92,084 | 66,875 | 60,578 | 73,514 | 93,991 | 91,910 | 96,041 | 78,572 | 72,901 | 84,200 | 86,906 | 83,646 | 90,302 |
| 82,693 | 77,408 | 88,345 | 59,059 | 52,078 | 66,470 | 91,202 | 87,964 | 94,206 | 71,104 | 64,034 | 78,108 | 81,945 | 77,663 | 86,395 |
| 75,945 | 68,979 | 83,244 | 50,767 | 42,836 | 59,262 | 86,892 | 82,298 | 91,037 | 61,788 | 53,210 | 70,247 | 75,531 | 70,099 | 81,164 |
| 67,055 | 58,488 | 75,942 | 41,271 | 33,305 | 50,051 | 80,678 | 74,712 | 86,020 | 51,101 | 41,552 | 60,589 | 66,755 | 60,346 | 73,419 |
| 55,278 | 45,707 | 65,134 | 30,807 | 23,623 | 38,925 | 71,468 | 64,046 | 78,165 | 38,680 | 29,200 | 48,213 | 54,434 | 47,242 | 61,940 |
| 39,857 | 30,344 | 49,467 | 20,376 | 14,955 | 26,586 | 57,178 | 48,731 | 64,816 | 25,336 | 17,281 | 33,536 | 38,463 | 31,358 | 45,884 |
| 22,489 | 15,009 | 29,682 | 11,145 | 7,779 | 14,906 | 37,395 | 29,498 | 44,377 | 12,856 | 7,605 | 18,298 | 20,779 | 15,321 | 26,448 |
| 8,143 | 4,343 | 11,374 | 4,549 | 3,010 | 6,072 | 16,399 | 11,372 | 20,370 | 4,422 | 2,172 | 6,724 | 6,867 | 4,239 | 9,510 |
| 1,523 | 583 | 2,155 | 1,271 | 805 | 1,608 | 3,760 | 2,182 | 4,715 | 892 | 352 | 1,403 | 1,088 | 514 | 1,646 |

eath rates that have been adjusted for race and ethnicity misclassification on death certificates; see Technical Notes in this report.

al Vital Statistics System, Mortality.

80, given 2020 age-specific mortality, is 53.3%. Probabilities of survival can be calculated at any age by dividing the number of survivors at the terminal age by the number at the beginning age. For example, to calculate the probability of surviving from age 20 to age 85, one would divide the number of survivors at age 85 (37,700) by the number of survivors at age 20 (98,952), which results in a 38.1% probability of survival.

## Explanation of the columns of the life table

*Column 1. Age* (between $x$ and $x + 1$)—Shows the age interval between the two exact ages indicated. For instance, "20–21" means the 1-year interval between the 20th and 21st birthdays.

*Column 2. Probability of dying* ($q_x$)—Shows the probability of dying between ages $x$ and $x + 1$. For example, for males in the age interval 20–21 years, the probability of dying is 0.001320 (Table 2). This column forms the basis of the life table; all subsequent columns are calculated from it.

*Column 3. Number surviving* ($l_x$)—Shows the number of people from the original hypothetical cohort of 100,000 live births who survive to the beginning of each age interval. The $l_x$ values are computed from the $q_x$ values, which are successively applied to the remainder of the original 100,000 people still alive at the beginning of each age interval. Consequently, out of 100,000 female babies born alive, 99,508 will complete the first year of life and enter the second; 99,381 will reach age 10; 99,157 will reach age 20; and 45,424 will live to age 85 (Table 3).

*Column 4. Number dying* ($d_x$)—Shows the number dying in each successive age interval out of the original 100,000 live births. For example, out of 100,000 males born alive, 585 will die in the first year of life; 130 between ages 20 and 21; and 549 after reaching age 100 (Table 2). Each figure in column 4 is the difference between two successive figures in column 3.

*Column 5. Person-years lived* ($L_x$)—Shows the number of person-years lived by the hypothetical life table cohort within an age interval $x$ to $x + 1$. Each figure in column 5 represents the total time (in years) lived between two indicated birthdays by all those reaching the earlier birthday. Consequently, the figure 98,676 for males in the age interval 20–21 is the total number of years lived between the 20th and 21st birthdays by the 98,741 males (column 3) who reached their 20th birthday out of 100,000 males born alive (Table 2).

*Column 6. Total number of person-years lived* ($T_x$)—Shows the total number of person-years that would be lived after the beginning of the age interval $x$ to $x + 1$ by the hypothetical life table cohort. For example, 5,434,518 is the total number of years lived after reaching age 20 by the 98,741 males who reached that age (Table 2).

*Column 7. Expectation of life* ($e_x$)—The expectation of life at any given age is the average number of years remaining to be lived by those surviving to that age, based on a given set of age-specific rates of dying. It is calculated by dividing the total person-years that would be lived beyond age $x$ by the number of people who survived to that age interval ($T_x/l_x$). Consequently, the average remaining lifetime for males who reach age 20 is 55.0 years (5,434,518 divided by 98,741) (Table 2).

## Results

### Life expectancy in the United States

Tables 1–18 show complete life tables for 2020 by Hispanic origin, race, and sex. Table A summarizes life expectancy by age, Hispanic origin, race, and sex. Life expectancy at birth for 2020 represents the average number of years that a group of infants would live if they were to experience throughout life the age-specific death rates prevailing in 2020. In 2020, life expectancy at birth was 77.0 years, decreasing by 1.8 years from 78.8 in 2019 (Table 19).

The difference in life expectancy between the sexes was 5.7 years in 2020, increasing 0.6 year from 2019. From 1900 to 1975, the difference in life expectancy between the sexes increased from 2.0 years to 7.8 years (Figure 1, Table 19). The increasing gap during these years is attributed to increases in male mortality due to ischemic heart disease and lung cancer, both of which increased largely as the result of men's early and widespread adoption of cigarette smoking (12). Between 1979 and 2010, the difference in life expectancy between the sexes narrowed from 7.8 years to 4.8 years, and then increased to 5.7 in 2020 (Figure 1, Table 19).

The 2020 life table may be used to compare life expectancy at any age from birth onward. Based on mortality experienced in 2020, a person aged 65 could expect to live an average of 18.5 more years for a total of 83.5 years; a person aged 85 could expect to live an additional 6.1 years for a total of 91.1 years; and a person aged 100 could expect to live an additional 2.0 years, on average (Table A).

### Life expectancy by Hispanic origin and race

In 2020, the non-Hispanic Asian population had the highest life expectancy at birth (83.6 years), followed by the Hispanic (77.9), non-Hispanic White (77.4), non-Hispanic Black (71.5), and non-Hispanic AIAN (67.1) populations (Table A, Figure 2). From 2019 to 2020, life expectancy at birth declined for all Hispanic-origin and race populations (Figure 2). Life expectancy decreased by 4.7 years for the non-Hispanic AIAN population (71.8 to 67.1), 4.0 years for the Hispanic population (81.9 to 77.9), 3.3 years for the non-Hispanic Black population (74.8 to 71.5), 2.0 years for the non-Hispanic Asian population (85.6 to 83.6), and 1.4 years for the non-Hispanic White population (78.8 to 77.4).

Among the 10 Hispanic-origin and race–sex groups (Figure 3), non-Hispanic Asian females had the highest life expectancy at birth (85.9 years), followed by Hispanic females (81.3), non-Hispanic Asian males (81.1), non-Hispanic White females (80.1), non-Hispanic Black females (75.4), non-Hispanic White males (74.8), Hispanic males (74.6), non-Hispanic AIAN females (70.7), non-Hispanic Black males (67.8), and non-Hispanic AIAN males (63.8). Disparities in life expectancy at birth between groups range from 0.2 year between Hispanic females and non-Hispanic Asian males to 22.1 years between non-Hispanic Asian females and non-Hispanic AIAN males. The long-standing Hispanic life expectancy advantage over the

**Figure 1. Life expectancy, by sex: United States, 1900–2020**

SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

**Figure 2. Life expectancy at birth, by Hispanic origin and race: United States, 2019 and 2020**

SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

Case 3:09-cr-00249-D   Document 1948   Filed 04/23/26   Page 44 of 54   PageID 21680

**Figure 3. Life expectancy at birth, by Hispanic origin and race and sex: United States, 2020**



SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

non-Hispanic White population declined to 0.5 year in 2020 from 3.1 years in 2019. Between 2006 and 2019, the Hispanic to non-Hispanic White life expectancy advantage increased from 2.1 to 3.1 years (Table 19).

Life expectancy at birth declined for all Hispanic-origin–race–sex groups from 2019 to 2020 (Figure 4). The decrease was greatest for non-Hispanic AIAN males whose life expectancy declined by 4.8 years (68.6 to 63.8), followed by Hispanic males with a decline of 4.5 years (79.1 to 74.6), non-Hispanic AIAN females with a decline of 4.3 years (75.0 to 70.7), non-Hispanic Black males with a decline of 3.5 years (71.3 to 67.8), Hispanic females with a decline of 3.1 years (84.4 to 81.3), non-Hispanic Black females with a decline of 2.7 years (78.1 to 75.4), non-Hispanic Asian males with a decline of 2.4 years (83.5 to 81.1), non-Hispanic White males with a decline of 1.5 years (76.3 to 74.8), non-Hispanic Asian females with a decline of 1.5 years (87.4 to 85.9), and non-Hispanic White females with a decline of 1.2 years (81.3 to 80.1).

## Effect of cause-specific mortality changes on life expectancy

Changes in mortality by age and cause of death can have a major effect on life expectancy (Figures 5–7). Declines in cause-specific mortality contribute to increases in life expectancy, while increases in cause-specific mortality contribute to decreases in life expectancy. The decline of 1.8 years in life expectancy from 2019 to 2020 was primarily due to increases in mortality from COVID-19 (61.2% of the negative contribution), unintentional injuries (11.7%), heart disease (5.8%), homicide (2.9%), and diabetes (2.8%) (Figure 5). The decline in life expectancy would have been even greater if not for the offsetting effects of decreases in mortality due to cancer (43.1%), Chronic lower respiratory diseases (24.9%), Perinatal conditions (9.5%), suicide (8.1%), and Congenital abnormalities (3.5%) (see Technical Notes for a description of the life table partitioning method) (13).

The non-Hispanic AIAN population experienced the largest decline in life expectancy from 2019 to 2020 (4.7 years) (Figure 5). This decrease was primarily due to increases in mortality due to COVID-19 (60.3%), unintentional injuries (9.6%), chronic liver disease (7.6%), diabetes (3.5%), and heart disease (2.6%). The decline in life expectancy would have been greater if not for the offsetting effects of decreases in mortality due to Chronic lower respiratory diseases (17.9%), pneumonitis (16.6%), kidney disease (13.3%), cancer (12.7%), and Perinatal conditions (11.5%).

The second-greatest decline in life expectancy was experienced by the Hispanic population (4.0 years) (Figure 6). The decline was due primarily to increases in mortality due to COVID-19 (72.3%), heart disease (6.2%), unintentional injuries (4.9%), diabetes (2.6%), and Alzheimer disease (1.8%). The decrease in life expectancy was offset by decreases in mortality due to cancer (37.2%), Perinatal conditions (20.6%), Congenital abnormalities (13.2%), and viral hepatitis (7.5%).

The third-largest decrease in life expectancy was experienced by the non-Hispanic Black population (3.3 years) (Figure 6).

**Figure 4. Change in life expectancy at birth, by Hispanic origin and race and sex: United States, from 2019 to 2020**

SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

The decline was primarily due to increases in mortality due to COVID-19 (51.5%), unintentional injuries (11.7%), heart disease (9.2%), homicide (7.3%), and diabetes (3.8%). The decline in life expectancy would have been greater if not for the offsetting effects of decreases in mortality due to cancer (62.3%), Perinatal conditions (19.3%), Congenital abnormalities (7.1%), aortic aneurysm (4.1%), and viral hepatitis (2.9%).

The fourth-greatest decline in life expectancy was experienced by the non-Hispanic Asian population (2.0 years) (Figure 7). The decline was primarily due to increases in mortality due to COVID-19 (72.0%), heart disease (8.0%), diabetes (3.1%), stroke (2.2%), and unintentional injuries (1.6%). The decrease in life expectancy was offset by decreases in mortality due to cancer (33.8%), Perinatal conditions (28.1%), suicide (10.0%), pneumonitis (8.1%), and aortic aneurysm (5.9%).

The non-Hispanic White population experienced the smallest decline in life expectancy (1.4 years), primarily due to increases in mortality due to COVID-19 (56.7%), unintentional injuries (15.1%), heart disease (5.8%), Chronic liver disease and cirrhosis (3.2%), and diabetes (2.4%) (Figure 7). The negative effects of these causes were offset by decreases in mortality due to chronic lower respiratory diseases (34.0%), cancer (27.7%), suicide (21.3%), and Perinatal conditions (3.7%).

## Survivorship in the United States

Table B summarizes the number of survivors out of 100,000 people born alive ($l_x$) by age, Hispanic origin, race, and sex for 2020. In 2020, 99.5% of all infants born in the United States

survived the first year of life; 99.0% survived to age 20; 81.2% survived to age 65; 37.7% survived to age 85; and 1.1% survived to age 100.

### Survivorship by Hispanic origin and race

In 2020, 99.7% of non-Hispanic Asian infants survived the first year of life, followed by 99.6% of non-Hispanic White infants, 99.5% of Hispanic infants, 99.2% of non-Hispanic AIAN infants, and 99.0% of non-Hispanic Black infants (Figure 8, Table B). The non-Hispanic Asian population had the highest survival probability at age 20 (99.4%), followed by the Hispanic and non-Hispanic White populations (99.1%), the non-Hispanic AIAN population (98.1%), and the non-Hispanic Black population (98.0%). By age 65, the non-Hispanic Asian population had the highest survival probability at 91.2%, followed by the Hispanic (82.7%), non-Hispanic White (81.9%), non-Hispanic Black (71.1%), and non-Hispanic AIAN (59.1%) populations. The survival advantage experienced by the non-Hispanic Asian population increased with age so that by age 85, 57.2% had survived, compared with 39.9% of the Hispanic, 38.5% of the non-Hispanic White, 25.3% of the non-Hispanic Black, and 20.4% of the non-Hispanic AIAN populations.

From 2019 to 2020, all Hispanic-origin and race–sex groups experienced declines in the probability of survival by age, mostly at ages 40 and over (Figure 9). As with life expectancy, disparities by Hispanic origin and race and sex were substantial. Decreases in survival to age 65 ranged from 16.7% for non-Hispanic AIAN

Case 3:09-cr-00249-D    Document 1948    Filed 04/23/26    Page 46 of 54    PageID 21682

**Figure 5. Percent contribution to change in life expectancy from 2019 to 2020, by cause of death and Hispanic origin and race: Total and non-Hispanic American Indian or Alaska Native populations**



[1]Chronic lower respiratory diseases.
SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

**Figure 6. Percent contribution to change in life expectancy from 2019 to 2020, by cause of death and Hispanic origin and race: Hispanic and non-Hispanic Black populations**



SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

Case 3:09-cr-00249-D    Document 1948    Filed 04/23/26    Page 48 of 54    PageID 21684

**Figure 7. Percent contribution to change in life expectancy from 2019 to 2020, by cause of death and Hispanic origin and race: Non-Hispanic Asian and non-Hispanic White populations**



[1] Chronic lower respiratory diseases.
SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

**Figure 8. Percentage surviving, by Hispanic origin and race, sex, and age: United States, 2020**

SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

males to 1.4% for non-Hispanic White females. Survival to age 85 declined by 36.8% and 27.6% for non-Hispanic AIAN males and females, respectively; and by 32.1% and 17.5% for Hispanic males and females, respectively. By comparison, decreases in survival to age 85 were 12.8% and 7.6% for non-Hispanic White males and females, respectively.

## Summary

At 77.0 years, U.S. life expectancy at birth for 2020 was the lowest it has been since 2002. Similarly, male life expectancy (74.2) and female life expectancy (79.9) declined to levels not seen since 2000 and 2003, respectively. From 2019 to 2020, the decline in life expectancy at birth based on the final 2020 life tables was 0.3 year greater than that based on provisional 2020 life tables for the total, male, and female populations (14). The differences are mostly due to differences in mortality estimates for ages 85 and over. Medicare data, which is used to supplement vital statistics mortality data in the construction of annual final U.S. life tables, was not available for the estimation of provisional life tables.

The non-Hispanic AIAN population experienced the greatest decline in life expectancy between 2019 and 2020, from 71.8 to 67.1 years. The Hispanic population experienced the second largest decline in life expectancy (from 81.9 to 77.9), and the decline was 0.9 year greater than that based on provisional 2020 data (14). In this case, differences were found not only for ages 85 and over, but for the youngest ages as well.

Age-specific mortality based on final mortality data for ages 1–4 and 5–9 was 2% higher than that based on provisional data. The non-Hispanic Black population experienced the third greatest decline in life expectancy (from 74.8 to 71.5), the lowest estimate seen since 1999 for the Black population (regardless of Hispanic origin). The decline was 0.3 year greater than that based on provisional 2020 data and, as with the total population, mostly a function of differences at ages 85 and over. The non-Hispanic Asian population experienced the next greatest decline in life expectancy (85.6 to 83.6), followed by the non-Hispanic White population, which experienced the smallest decline (78.8 to 77.4). For the non-Hispanic White population, the decline was 0.2 year greater based on final data than provisional data and, again, mostly a function of differences at ages 85 and over.

Disparities in life expectancy at birth by Hispanic origin and race increased in 2020. The non-Hispanic White advantage relative to the non-Hispanic Black population increased by 47.5% from 2019 (4.0) to 2020 (5.9). The life expectancy gap between the Black and White populations had been narrowing over the past several decades, declining from 7.1 years in 1993 to 4.0 years in 2019 (15). The last time the gap in life expectancy between the White and Black populations was this large was in 1999 (15). Similarly, the gap between the non-Hispanic AIAN population and the non-Hispanic White population increased 47.1% from 2019 (7.0) to 2020 (10.3).

The gap between the Hispanic and non-Hispanic White populations decreased by 83.4% from 2019 (3.1) to 2020 (0.5). The Hispanic population lost most of the mortality advantage it

Case 3:09-cr-00249-D    Document 1948    Filed 04/23/26    Page 50 of 54    PageID 21686

**Figure 9. Percent decline in survival probabilities from 2019 to 2020, by Hispanic origin and race and select ages**



SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

had experienced relative to the non-Hispanic White population. The non-Hispanic Asian life expectancy advantage relative to the non-Hispanic White population declined by 8.8% from 2019 (6.8) to 2020 (6.2). In both cases, the narrowing of the gap was the result of larger increases in mortality in the two minority populations.

The decline in life expectancy at birth for the total population and all Hispanic-origin and race groups shown in this report was mainly due to increases in mortality due to COVID-19. Similarly, increases in racial and ethnic life expectancy disparities and the loss of advantages experienced by minority populations were a direct result of excess deaths in 2020, mostly from COVID-19.

# References

1. Shryock HS, Siegel JS, Larmon EA. The methods and materials of demography, vol 2. U.S. Census Bureau. 1971.

2. Moriyama IM, Gustavus SO. Cohort mortality and survivorship: United States death-registration states, 1900–1968. National Center for Health Statistics. Vital Health Stat 3(16). 1972. Available from: https://www.cdc.gov/nchs/data/series/sr_03/sr03_016.pdf.

3. Preston SM, Heuveline P, Guillot M. Demography: Measuring and modeling population processes. Oxford, England: Blackwell Publishers. 2001.

4. Sirken MG. Comparison of two methods of constructing abridged life tables by reference to a "standard" table. National Center for Health Statistics. Vital Health Stat 2(4). 1966. Available from: https://www.cdc.gov/nchs/data/series/sr_02/sr02_004.pdf.

5. Office of Management and Budget. Revisions to the standards for the classification of federal data on race and ethnicity. Fed Regist 62(210):58782–90. 1997. Available from: https://www.govinfo.gov/content/pkg/FR-1997-10-30/pdf/97-28653.pdf.

6. Office of Management and Budget. Race and ethnic standards for federal statistics and administrative reporting. Statistical Policy Directive 15. 1977. Available from: https://wonder.cdc.gov/WONDER/help/populations/bridged-race/Directive15.html.

7. Heron M. Comparability of race-specific mortality data based on 1977 versus 1997 reporting standards. National Vital Statistics Reports; vol 70 no 3. Hyattsville, MD: National Center for Health Statistics. 2021. Available from: https://www.cdc.gov/nchs/data/nvsr/nvsr70/nvsr70-03-508.pdf.

8. Arias E, Heron M, Hakes JK. The validity of race and Hispanic-origin reporting on death certificates in the United States: An update. National Center for Health Statistics. Vital Health Stat 2(172). 2016. Available from: https://www.cdc.gov/nchs/data/series/sr_02/sr02_172.pdf.

9. Arias E, Schauman WS, Eschbach K, Sorlie PD, Backlund E. The validity of race and Hispanic origin reporting on death certificates in the United States. National Center for Health Statistics. Vital Health Stat 2(148). 2008. Available from: https://www.cdc.gov/nchs/data/series/sr_02/sr02_148.pdf.

10. Arias E, Eschbach K, Schauman WS, Backlund EL, Sorlie PD. The Hispanic mortality advantage and ethnic misclassification on US death certificates. Am J Public Health 100(Suppl 1):S171–7. 2010.

11. Arias E, Xu JQ, Curtin S, Bastian B, Tejada-Vera B. Mortality profile of the non-Hispanic American Indian or Alaska Native population, 2019. National Vital Statistics Reports; vol 70 no 12. Hyattsville, MD: National Center for Health Statistics. 2021. Available from: https://www.cdc.gov/nchs/data/nvsr/nvsr70/nvsr70-12.pdf.

12. Kochanek KD, Maurer JD, Rosenberg HM. Causes of death contributing to changes in life expectancy: United States, 1984–89. National Center for Health Statistics. Vital Health Stat 20(23). 1994. Available from: https://www.cdc.gov/nchs/data/series/sr_20/sr20_023.pdf.

13. Kochanek KD, Murphy SL, Xu JQ, Arias E. Deaths: Final data for 2020. National Vital Statistics Reports. Hyattsville, MD: National Center for Health Statistics. 2022. [Forthcoming.]

14. Arias E, Tejada-Vera B, Ahmad F, Kochanek KD. Provisional life expectancy estimates for 2020. Vital Statistics Rapid Release; no 15. Hyattsville, MD: National Center for Health Statistics. July 2021. DOI: https://dx.doi.org/10.15620/cdc:107201.

15. Arias E, Xu JQ. United States life tables, 2017. National Vital Statistics Reports; vol 68 no 7. Hyattsville, MD: National Center for Health Statistics. 2019. Available from: https://www.cdc.gov/nchs/data/nvsr/nvsr68/nvsr68_07-508.pdf.

16. Anderson RN. Method for constructing complete annual U.S. life tables. National Center for Health Statistics. Vital Health Stat 2(129). 1999. Available from: https://www.cdc.gov/nchs/data/series/sr_02/sr02_129.pdf.

17. Arias E, Rostron BL, Tejada-Vera B. United States life tables, 2005. National Vital Statistics Reports; vol 58 no 10. Hyattsville, MD: National Center for Health Statistics. 2010. Available from: https://www.cdc.gov/nchs/data/nvsr/nvsr58/nvsr58_10.pdf.

18. Arias E. United States life tables, 2008. National Vital Statistics Reports; vol 61 no 3. Hyattsville, MD: National Center for Health Statistics. 2012. Available from: https://www.cdc.gov/nchs/data/nvsr/nvsr61/nvsr61_03.pdf.

19. Arias E. United States life tables by Hispanic origin. National Center for Health Statistics. Vital Health Stat 2(152). 2010. Available from: https://www.cdc.gov/nchs/data/series/sr_02/sr02_152.pdf.

20. Arias E, Xu JQ. United States life tables, 2018. National Vital Statistics Reports; vol 69 no 12. Hyattsville, MD: National Center for Health Statistics. 2020.

21. Ingram DD, Parker JD, Schenker N, Weed JA, Hamilton B, Arias E, Madans JH. United States Census 2000 population with bridged race categories. National Center for Health Statistics. Vital Health Stat 2(135). 2003. Available from: https://www.cdc.gov/nchs/data/series/sr_02/sr02_135.pdf.

22. Bell FC, Miller ML. Life tables for the United States Social Security area 1900–2100. Baltimore, MD: Social Security Administration, Office of the Chief Actuary. SSA Pub. No. 11–11536. 2005.

23. Research Data Assistance Center. Introduction to the use of Medicare data for research. Minneapolis, MN: University of Minnesota School of Public Health. 2004.

24. Ely DM, Driscoll AK. Infant mortality in the United States, 2019: Data from the period linked birth/infant death file. National Vital Statistics Reports; vol 70 no 14. Hyattsville, MD: National Center for Health Statistics. 2021.

25. Ely DM, Driscoll AK. Infant mortality in the United States, 2020: Data from the period linked birth/infant death file. National Vital Statistics Reports. Hyattsville, MD: National Center for Health Statistics. Forthcoming.

26. Thatcher AR, Kannisto V, Vaupel JW. The force of mortality at ages 80 to 120. Odense, Denmark: Odense University Press. 1998.

27. Andreev KF, Bourbeau RR. Frailty modeling of Canadian and Swedish mortality at adult and advanced ages. Population Association of America Annual Meeting. 2007.

28. Elo IT, Turra CM, Kestenbaum B, Fergusson BR. Mortality among elderly Hispanics in the United States: Past evidence and new results. Demography 41(1):109–28. 2004.

29. Turra CM, Elo IT. The impact of salmon bias on the Hispanic mortality advantage: New evidence from Social Security data. Popul Res Policy Rev 27(5):515–30. 2008.

30. Brass W. On the scale of mortality. In: Brass W, editor. Biological aspects of demography. London, England: Taylor and Francis Ltd, 99–110. 1971.

31. Himes CL, Preston SH, Condran GA. A relational model of mortality at older ages in low mortality countries. Popul Stud 48(2):269–91. 1994.

32. Arias E, Xu JQ, Jim MA. Period life table for the non-Hispanic American Indian and Alaska Native population, 2007–2009. Am J Public Health 104(Suppl 3):S312–9. 2014.

33. Arriaga EE. Changing trends in mortality decline during the last decades. Part 3. In: Ruzicka L, Wunsch G, Kane P, editors. Differential mortality: Methodological issues and biosocial factors. Oxford, England: Clarendon Press. 1989.

34. Arriaga EE. Measuring and explaining the change in life expectancies. Demography 21(1):83–96. 1984.

## List of Detailed Tables

1. Life table for the total population: United States, 2020 . . . . . 15
2. Life table for males: United States, 2020 . . . . . . . . . . . . . . . 17
3. Life table for females: United States, 2020 . . . . . . . . . . . . . . 19
4. Life table for the Hispanic population: United States, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
5. Life table for Hispanic males: United States, 2020 . . . . . . . . 23
6. Life table for Hispanic females: United States, 2020 . . . . . . . 25
7. Life table for the non-Hispanic American Indian or Alaska Native population: United States, 2020 . . . . . . . . . . 27
8. Life table for non-Hispanic American Indian or Alaska Native males: United States, 2020 . . . . . . . . . . . . . . 29
9. Life table for non-Hispanic American Indian or Alaska Native females: United States, 2020 . . . . . . . . . . . . . 31
10. Life table for the non-Hispanic Asian population: United States, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
11. Life table for non-Hispanic Asian males: United States, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
12. Life table for non-Hispanic Asian females: United States, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
13. Life table for the non-Hispanic Black population: United States, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
14. Life table for non-Hispanic Black males: United States, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

15. Life table for non-Hispanic Black females: United States, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
16. Life table for the non-Hispanic White population: United States, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
17. Life table for non-Hispanic White males: United States, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
18. Life table for non-Hispanic White females: United States, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
19. Estimated life expectancy at birth, in years, by race and Hispanic origin and sex: Death-registration states, 1900–1928, and United States, 1929–2020 . . . . . . . . . . . . . 51

## Table 1. Life table for the total population: United States, 2020

*Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/71-01/Table01.xlsx.*

| Age (years) | Probability of dying between ages $x$ and $x+1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x+1$ $d_x$ | Person-years lived between ages $x$ and $x+1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 0–1. | 0.005394 | 100,000 | 539 | 99,530 | 7,699,496 | 77.0 |
| 1–2. | 0.000318 | 99,461 | 32 | 99,445 | 7,599,966 | 76.4 |
| 2–3. | 0.000211 | 99,429 | 21 | 99,418 | 7,500,521 | 75.4 |
| 3–4. | 0.000174 | 99,408 | 17 | 99,399 | 7,401,103 | 74.5 |
| 4–5. | 0.000134 | 99,391 | 13 | 99,384 | 7,301,703 | 73.5 |
| 5–6. | 0.000128 | 99,377 | 13 | 99,371 | 7,202,319 | 72.5 |
| 6–7. | 0.000117 | 99,365 | 12 | 99,359 | 7,102,948 | 71.5 |
| 7–8. | 0.000109 | 99,353 | 11 | 99,348 | 7,003,590 | 70.5 |
| 8–9. | 0.000100 | 99,342 | 10 | 99,337 | 6,904,242 | 69.5 |
| 9–10. | 0.000092 | 99,332 | 9 | 99,328 | 6,804,905 | 68.5 |
| 10–11. | 0.000091 | 99,323 | 9 | 99,319 | 6,705,577 | 67.5 |
| 11–12. | 0.000103 | 99,314 | 10 | 99,309 | 6,606,258 | 66.5 |
| 12–13. | 0.000138 | 99,304 | 14 | 99,297 | 6,506,950 | 65.5 |
| 13–14. | 0.000201 | 99,290 | 20 | 99,280 | 6,407,653 | 64.5 |
| 14–15. | 0.000287 | 99,270 | 28 | 99,256 | 6,308,372 | 63.5 |
| 15–16. | 0.000382 | 99,242 | 38 | 99,223 | 6,209,117 | 62.6 |
| 16–17. | 0.000480 | 99,204 | 48 | 99,180 | 6,109,894 | 61.6 |
| 17–18. | 0.000583 | 99,156 | 58 | 99,127 | 6,010,714 | 60.6 |
| 18–19. | 0.000687 | 99,098 | 68 | 99,064 | 5,911,587 | 59.7 |
| 19–20. | 0.000793 | 99,030 | 78 | 98,991 | 5,812,523 | 58.7 |
| 20–21. | 0.000903 | 98,952 | 89 | 98,907 | 5,713,532 | 57.7 |
| 21–22. | 0.001012 | 98,862 | 100 | 98,812 | 5,614,625 | 56.8 |
| 22–23. | 0.001106 | 98,762 | 109 | 98,708 | 5,515,812 | 55.8 |
| 23–24. | 0.001180 | 98,653 | 116 | 98,595 | 5,417,105 | 54.9 |
| 24–25. | 0.001236 | 98,537 | 122 | 98,476 | 5,318,510 | 54.0 |
| 25–26. | 0.001286 | 98,415 | 127 | 98,352 | 5,220,034 | 53.0 |
| 26–27. | 0.001338 | 98,288 | 132 | 98,223 | 5,121,683 | 52.1 |
| 27–28. | 0.001396 | 98,157 | 137 | 98,088 | 5,023,460 | 51.2 |
| 28–29. | 0.001465 | 98,020 | 144 | 97,948 | 4,925,372 | 50.2 |
| 29–30. | 0.001543 | 97,876 | 151 | 97,801 | 4,827,424 | 49.3 |
| 30–31. | 0.001626 | 97,725 | 159 | 97,646 | 4,729,623 | 48.4 |
| 31–32. | 0.001708 | 97,566 | 167 | 97,483 | 4,631,978 | 47.5 |
| 32–33. | 0.001788 | 97,400 | 174 | 97,312 | 4,534,495 | 46.6 |
| 33–34. | 0.001865 | 97,225 | 181 | 97,135 | 4,437,182 | 45.6 |
| 34–35. | 0.001941 | 97,044 | 188 | 96,950 | 4,340,048 | 44.7 |
| 35–36. | 0.002023 | 96,856 | 196 | 96,758 | 4,243,098 | 43.8 |
| 36–37. | 0.002113 | 96,660 | 204 | 96,558 | 4,146,340 | 42.9 |
| 37–38. | 0.002202 | 96,455 | 212 | 96,349 | 4,049,782 | 42.0 |
| 38–39. | 0.002291 | 96,243 | 220 | 96,133 | 3,953,433 | 41.1 |
| 39–40. | 0.002384 | 96,023 | 229 | 95,908 | 3,857,300 | 40.2 |
| 40–41. | 0.002491 | 95,794 | 239 | 95,674 | 3,761,392 | 39.3 |
| 41–42. | 0.002617 | 95,555 | 250 | 95,430 | 3,665,718 | 38.4 |
| 42–43. | 0.002760 | 95,305 | 263 | 95,174 | 3,570,288 | 37.5 |
| 43–44. | 0.002919 | 95,042 | 277 | 94,903 | 3,475,114 | 36.6 |
| 44–45. | 0.003099 | 94,765 | 294 | 94,618 | 3,380,211 | 35.7 |
| 45–46. | 0.003304 | 94,471 | 312 | 94,315 | 3,285,593 | 34.8 |
| 46–47. | 0.003537 | 94,159 | 333 | 93,992 | 3,191,278 | 33.9 |
| 47–48. | 0.003794 | 93,826 | 356 | 93,648 | 3,097,286 | 33.0 |
| 48–49. | 0.004076 | 93,470 | 381 | 93,279 | 3,003,638 | 32.1 |
| 49–50. | 0.004387 | 93,089 | 408 | 92,885 | 2,910,359 | 31.3 |
| 50–51. | 0.004720 | 92,680 | 437 | 92,462 | 2,817,474 | 30.4 |
| 51–52. | 0.005094 | 92,243 | 470 | 92,008 | 2,725,012 | 29.5 |
| 52–53. | 0.005533 | 91,773 | 508 | 91,519 | 2,633,004 | 28.7 |
| 53–54. | 0.006043 | 91,265 | 551 | 90,990 | 2,541,485 | 27.8 |
| 54–55. | 0.006603 | 90,714 | 599 | 90,414 | 2,450,495 | 27.0 |
| 55–56. | 0.007169 | 90,115 | 646 | 89,792 | 2,360,081 | 26.2 |
| 56–57. | 0.007744 | 89,469 | 693 | 89,123 | 2,270,289 | 25.4 |
| 57–58. | 0.008372 | 88,776 | 743 | 88,404 | 2,181,166 | 24.6 |
| 58–59. | 0.009074 | 88,033 | 799 | 87,633 | 2,092,762 | 23.8 |
| 59–60. | 0.009842 | 87,234 | 859 | 86,805 | 2,005,129 | 23.0 |

See footnote at end of table.

## Table 1. Life table for the total population: United States, 2020—Con.

Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/71-01/Table01.xlsx.

| Age (years) | Probability of dying between ages $x$ and $x+1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x+1$ $d_x$ | Person-years lived between ages $x$ and $x+1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 60–61 | 0.010670 | 86,376 | 922 | 85,915 | 1,918,324 | 22.2 |
| 61–62 | 0.011515 | 85,454 | 984 | 84,962 | 1,832,409 | 21.4 |
| 62–63 | 0.012345 | 84,470 | 1,043 | 83,949 | 1,747,447 | 20.7 |
| 63–64 | 0.013146 | 83,427 | 1,097 | 82,879 | 1,663,499 | 19.9 |
| 64–65 | 0.013957 | 82,330 | 1,149 | 81,756 | 1,580,620 | 19.2 |
| 65–66 | 0.014819 | 81,181 | 1,203 | 80,580 | 1,498,864 | 18.5 |
| 66–67 | 0.015851 | 79,978 | 1,268 | 79,344 | 1,418,284 | 17.7 |
| 67–68 | 0.016978 | 78,711 | 1,336 | 78,042 | 1,338,940 | 17.0 |
| 68–69 | 0.018272 | 77,374 | 1,414 | 76,667 | 1,260,897 | 16.3 |
| 69–70 | 0.019676 | 75,960 | 1,495 | 75,213 | 1,184,230 | 15.6 |
| 70–71 | 0.021199 | 74,466 | 1,579 | 73,677 | 1,109,017 | 14.9 |
| 71–72 | 0.022881 | 72,887 | 1,668 | 72,053 | 1,035,340 | 14.2 |
| 72–73 | 0.024832 | 71,220 | 1,769 | 70,335 | 963,287 | 13.5 |
| 73–74 | 0.026725 | 69,451 | 1,856 | 68,523 | 892,951 | 12.9 |
| 74–75 | 0.030032 | 67,595 | 2,030 | 66,580 | 824,428 | 12.2 |
| 75–76 | 0.032663 | 65,565 | 2,142 | 64,494 | 757,848 | 11.6 |
| 76–77 | 0.036297 | 63,423 | 2,302 | 62,272 | 693,354 | 10.9 |
| 77–78 | 0.039811 | 61,121 | 2,433 | 59,905 | 631,082 | 10.3 |
| 78–79 | 0.044410 | 58,688 | 2,606 | 57,385 | 571,177 | 9.7 |
| 79–80 | 0.048780 | 56,082 | 2,736 | 54,714 | 513,793 | 9.2 |
| 80–81 | 0.053900 | 53,346 | 2,875 | 51,908 | 459,079 | 8.6 |
| 81–82 | 0.059479 | 50,471 | 3,002 | 48,970 | 407,170 | 8.1 |
| 82–83 | 0.065797 | 47,469 | 3,123 | 45,907 | 358,201 | 7.5 |
| 83–84 | 0.073678 | 44,345 | 3,267 | 42,712 | 312,294 | 7.0 |
| 84–85 | 0.082232 | 41,078 | 3,378 | 39,389 | 269,582 | 6.6 |
| 85–86 | 0.091981 | 37,700 | 3,468 | 35,966 | 230,193 | 6.1 |
| 86–87 | 0.100813 | 34,232 | 3,451 | 32,507 | 194,226 | 5.7 |
| 87–88 | 0.113298 | 30,781 | 3,487 | 29,038 | 161,719 | 5.3 |
| 88–89 | 0.126982 | 27,294 | 3,466 | 25,561 | 132,682 | 4.9 |
| 89–90 | 0.141894 | 23,828 | 3,381 | 22,138 | 107,121 | 4.5 |
| 90–91 | 0.158045 | 20,447 | 3,232 | 18,831 | 84,983 | 4.2 |
| 91–92 | 0.175420 | 17,215 | 3,020 | 15,705 | 66,152 | 3.8 |
| 92–93 | 0.193977 | 14,196 | 2,754 | 12,819 | 50,447 | 3.6 |
| 93–94 | 0.213643 | 11,442 | 2,444 | 10,220 | 37,628 | 3.3 |
| 94–95 | 0.234314 | 8,997 | 2,108 | 7,943 | 27,408 | 3.0 |
| 95–96 | 0.255856 | 6,889 | 1,763 | 6,008 | 19,465 | 2.8 |
| 96–97 | 0.278104 | 5,127 | 1,426 | 4,414 | 13,457 | 2.6 |
| 97–98 | 0.300870 | 3,701 | 1,113 | 3,144 | 9,043 | 2.4 |
| 98–99 | 0.323946 | 2,587 | 838 | 2,168 | 5,899 | 2.3 |
| 99–100 | 0.347113 | 1,749 | 607 | 1,446 | 3,731 | 2.1 |
| 100 and over | 1.000000 | 1,142 | 1,142 | 2,285 | 2,285 | 2.0 |

SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.