…aths in 2020 of infants born in 2019 and 2020, and separation factors, by Hispanic origin and race and sex: United States

| …emale | Hispanic | | | Non-Hispanic American Indian or Alaska Native | | | Non-Hispanic Asian | | | Non-Hispanic Black | | | Non-Hispanic White | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female |
| 30,094 | 886,467 | 452,492 | 433,975 | 28,450 | 14,500 | 13,950 | 238,769 | 123,806 | 114,963 | 548,075 | 278,494 | 269,581 | 1,915,912 | 981,620 | 934,292 |
| 65,555 | 866,713 | 441,401 | 425,312 | 26,813 | 13,779 | 13,034 | 219,068 | 112,795 | 106,273 | 529,811 | 269,341 | 260,470 | 1,843,432 | 945,464 | 897,968 |
| 1,125 | 483 | 271 | 213 | 41 | 28 | 13 | 69 | 38 | 31 | 787 | 432 | 352 | 1,006 | 554 | 459 |
| 7,598 | 3,580 | 1,972 | 1,607 | 165 | 88 | 77 | 619 | 336 | 282 | 4,714 | 2,588 | 2,129 | 7,109 | 3,951 | 3,152 |
| 0.129 | 0.119 | 0.121 | 0.117 | 0.199 | 0.241 | 0.143 | 0.101 | 0.102 | 0.100 | 0.143 | 0.143 | 0.142 | 0.124 | 0.123 | 0.127 |

…l Vital Statistics System, Mortality.

…d $\beta$ used for predicting $m_x$ and starting age of modeled age span: United States, 2020

| Total | | Non-Hispanic Black | | | Non-Hispanic White | | |
|---|---|---|---|---|---|---|---|
| Male | Female | Both sexes | Male | Female | Both sexes | Male | Female |
| 86 | 86 | 85 | 84 | 85 | 86 | 86 | 86 |
| -14.10801 | -14.69938 | -11.36441 | -10.85648 | -12.36112 | -14.36986 | -14.60056 | -14.93526 |
| (0.091) | (0.083) | (0.206) | (0.142) | (0.233) | (0.080) | (0.094) | (0.095) |
| 0.1413027 | 0.1446144 | 0.1092211 | 0.1059595 | 0.1191658 | 0.1423433 | 0.1469600 | 0.1473879 |
| (0.001) | (0.001) | (0.002) | (0.002) | (0.003) | (0.001) | (0.001) | (0.001) |

…l Vital Statistics System, Mortality.

Case 3:09-cr-00249-D   Document 1948-2   Filed 04/23/26   Page 2 of 21   PageID 21734

non-Hispanic Asian populations are too low, despite correction for ethnic misclassification on the death certificate.

A consistent finding across diverse studies has been that Hispanic mortality in the adult and advanced ages varies between about 80% and 89% relative to that of the non-Hispanic White population (19,28,29). The Brass relational logit model takes advantage of the relationship between Hispanic and non-Hispanic White mortality previously identified and has been widely and successfully used to predict the mortality of one population relative to another at the older ages (30,31). Using the age-specific mortality pattern of the non-Hispanic White population as the standard, the Brass relational logit model is used to predict Hispanic mortality in the older ages. The standard is fit to Hispanic data in the age interval 45–80, and the predicted parameters are used to estimate the probabilities of death for ages 76–100. This method allows the relationship between the two populations in the younger ages to be extended to the older ages (19,30,31).

Although similar information is not available for the non-Hispanic AIAN and non-Hispanic Asian populations, with a slight modification, the Brass relational logit model was successfully used to produce reliable complete period life tables for the non-Hispanic AIAN population in Indian Health Service Contract Health Service Delivery Area counties (32). The choice of the non-Hispanic White population as the standard population is based on several factors. First, it is the most widely used comparison population in the study of racial and ethnic disparities given its social and economic privilege. Second, it is the largest population in the United States and has the most reliable mortality data. Third, the relationship between the age-specific mortality patterns of the non-Hispanic AIAN and non-Hispanic Asian populations and the non-Hispanic White population remains constant throughout the age span 45–80 (45–84 for the non-Hispanic AIAN population). The assumption that this pattern continues to the oldest ages is reasonable because the final results are consistent with expected age-specific mortality patterns at the oldest ages (Figures I and II).

The Brass relational logit model expresses the age-specific mortality pattern of a population of interest as a function of the age-specific mortality pattern of a standard population and is expressed as:

$$\overline{Y}_x = \alpha + \beta Y_x^s \tag{12}$$

where $\overline{Y}_x$ is the predicted logit of the probability of death, $q_x$, in the population of interest, that is,

$$\text{logit}\,[q_x] = \ln\left[\frac{q_x}{1 - q_x}\right]$$

$Y_x^S$ is the logit of the probability of death in the standard population, $q_x^S$, that is,

$$\text{logit}\,[q_x^S] = \ln\left[\frac{q_x^S}{1 - q_x^S}\right]$$

$\alpha$ is the predicted parameter that measures the level of mortality of the population of interest relative to the standard population, and $\beta$ is the predicted parameter that measures the slope of the mortality function of the population of interest relative to the

standard population (3,19,31). Table V shows values of predicted $\alpha$ and $\beta$ and their standard errors.

A maximum-likelihood generalized linear-model estimation procedure was used to fit equation [12] in the age range 45–80 (45–84 for the non-Hispanic AIAN population). The resulting predicted parameters $\alpha$ and $\beta$ were then used to estimate the predicted probability of death for ages 76–120 (80–120 for the non-Hispanic AIAN population). The value $q_x$ was predicted to age 120 to estimate the life table population until no survivors remain, as was done for the other population groups. This information was then used to estimate $L_x$ for ages 100–120, which was used to close the table with the age category 100 and over, combined (discussed in the next section).

Predicted $\overline{q}_x$ is estimated by transforming its logit, $\overline{Y}_x$, back as follows:

$$\overline{q}_x = \frac{\exp[\overline{Y}_x]}{1 + \exp[\overline{Y}_x]} = \frac{\exp[\alpha + \beta Y_x^S]}{1 + \exp[\alpha + \beta Y_x^S]} \tag{13}$$

To ensure a smooth transition from vital $q_x^V$ and predicted $\overline{q}_x$, the two were blended from ages 76 to 80 (80 to 84 for the non-Hispanic AIAN population) with a graduating process as follows:

$$q_x = \frac{1}{6}[(81 - x)q_x^V + (x - 75)\overline{q}_x] \tag{14}$$

when $x = 76,...,80$, and

$$q_x = \frac{1}{6}[(85 - x)q_x^V + (x - 79)\overline{q}_x]$$

when $x = 80,...,84$.

Finally, to close the table at age 100 and over (combined), $_\infty q_{100}$ is set equal to 1.0 because all survivors to this age will die at some point in the open-ended age interval. Once $q_x$ is obtained for each single year of age, the other life table functions are easily calculated.

## Calculation of remaining life table functions for all groups

### Survivor function ($l_x$)

The life table radix, $l_0$, is set at 100,000. For ages greater than 0, the number of survivors remaining at exact age $x$ is calculated as:

$$l_x = l_{x-1}(1 - q_{x-1}) \tag{15}$$

### Decrement function ($d_x$)

The number of deaths occurring between ages $x$ and $x + 1$ is calculated from the survivor function:

$$d_x = l_x - l_{x+1} = l_x q_x \tag{16}$$

Note that $_\infty d_{100} = {_\infty}l_{100}$ because $_\infty q_{100} = 1.0$.

**Figure I. Age pattern of mortality for non-Hispanic Asian population: United States, 2020**

SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

**Figure II. Age pattern of mortality for non-Hispanic American Indian or Alaska Native population: United States, 2020**

SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

**Table V. Estimated Brass relational logit model parameters $\alpha$ and $\beta$ for the Hispanic, non-Hispanic American Indian or Alaska Native, and non-Hispanic Asian populations: United States, 2020**

| Parameter | Hispanic | | | Non-Hispanic American Indian or Alaska Native | | | Non-Hispanic Asian | | |
|---|---|---|---|---|---|---|---|---|---|
| | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female |
| $\alpha$ (standard error). . . . . . . . . . . . | -0.1348726 | -0.0812697 | -0.0512709 | -0. 6955117 | -0.7924978 | -0.5745143 | -0.1800790 | -0.2505555 | -0.0915917 |
| | (0.047) | (0.061) | (0.036) | (0.016) | (0.020) | (0.031) | (0.041) | (0.043) | (0.048) |
| $\beta$ (standard error) . . . . . . . . . . . . | 0.9717136 | 0.9662271 | 1.0134290 | 0.6668743 | 0.6270288 | 0.7071709 | 1.1049750 | 1.0686500 | 1.1412530 |
| | (0.012) | (0.015) | (0.009) | (0.004) | (0.006) | (0.008) | (0.011) | (0.012) | (0.012) |

SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

## Person-years lived ($L_x$)

Person-years lived for ages 1–99 is calculated assuming that the survivor function declines linearly between ages $x$ and $x + 1$. This gives the formula:

$$L_x = \frac{1}{2}(l_x + l_{x+1}) = l_x - \frac{1}{2}d_x \qquad [17]$$

For $x = 0$, the separation factor $f$ is used to calculate $L_0$:

$$L_0 = fl_0 + (1-f)l_1 \qquad [18]$$

Finally, $_\infty L_{100}$ is estimated as the sum of the extrapolated $L_x$ values for ages 100–120.

## Person-years lived at and above age $x$ ($T_x$)

$T_x$ is calculated by summing $L_x$ values at and above age $x$:

$$T_x = \sum_{x=0}^{\infty} L_x \qquad [19]$$

## Life expectancy at age $x$ ($e_x$)

Life expectancy at exact age $x$ is calculated as:

$$e_x = \frac{T_x}{l_x} \qquad [20]$$

## Causes of death contributing to changes in life expectancy

To measure changes in mortality, a discrete method, developed by Arriaga (33,34), was used to estimate the contribution of mortality change by causes of death based on changes in life expectancy, which is described as a procedure that "estimates the number of years added to or removed from life expectation because of the decrease or increase (respectively) of the central mortality rates of life tables" (34). With this method, one can partition the change in life expectancy over time or between two separate groups of populations. In this report, Arriaga's technique is used to partition by cause of death changes in life expectancy at birth in the United States from 2019 to 2020.

The method partitions changes into component additive parts and identifies the causes of death having the greatest influence, positive or negative, on changes in life expectancy

based on rankable causes of death (33,34). This method is used by NCHS annually to analyze changes in life expectancy (13).

## Abridging the complete life table

An abridged or collapsed version of the complete life table can be calculated in which life table functions are shown for 5-year rather than single-year age intervals. It is often desirable to summarize the life table and save space when publishing life table data by single years of age. The abridgement of the complete life table is simplified by an important property of three of the six life table functions. The $l_x$, $T_x$, and $e_x$ functions describe exact age $x$, that is, the beginning of the age interval $x$ to $x + n$ (where $n$ denotes the length of the age interval; for 5-year age intervals, $n = 5$). Life expectancy at age 20 ($e_{20}$), for example, has the same value regardless of whether the age interval is 20–21 or 20–25. Consequently, the values $l_x$, $T_x$, and $e_x$ can be extracted at 5-year intervals from the complete life table and placed into the abridged life table (compare $l_x$, $T_x$, and $e_x$ in Table VI with the same functions in Table 1). It is also illustrative to compare values for $e_x$ and $l_x$ in Tables A and B with their corresponding values presented in Tables 1–18.

The $q_x$, $d_x$, and $L_x$ functions, in contrast, describe the age interval $x$ to $x + n$. In fact, for abridged life tables, the notation for these functions is different ($_n q_x$, $_n d_x$, and $_n L_x$, respectively). As a result, $_5 q_{20}$ the probability of dying between ages 20 and 25 and will be somewhat larger than $q_{20}$, the probability of dying between ages 20 and 21. Considering this, $_n q_x$, $_n d_x$, and $_n L_x$ must be recalculated in the abridged life table. It is simplest to begin with $_n d_x$. The calculations are made for all but the final age interval as:

$$_n d_x = l_x - l_{x+n}$$

$$_n q_x = \frac{_n d_x}{l_x}$$

$$_n L_x = T_x - T_{x+n}$$

Note that for the open-ended interval, ages 100 and over, $_\infty d_{100} = l_{100}$, $_\infty q_{100} = 1.0$, and $_\infty L_{100} = T_{100}$. Table VI shows each of the life table functions for the 2020 U.S. total population abridged from Table 1.

**Table VI. Life table for the total population: United States, 2020**

| Age (years) | Probability of dying between ages $x$ and $x + n$ $_nq_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x + n$ $_nd_x$ | Person-years lived between ages $x$ and $x + n$ $_nL_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 0–1. | 0.005394 | 100,000 | 539 | 99,530 | 7,699,496 | 77.0 |
| 1–5. | 0.000837 | 99,461 | 83 | 397,647 | 7,599,966 | 76.4 |
| 5–10. | 0.000546 | 99,377 | 54 | 496,742 | 7,202,319 | 72.5 |
| 10–15. | 0.000820 | 99,323 | 81 | 496,461 | 6,705,577 | 67.5 |
| 15–20. | 0.002922 | 99,242 | 290 | 495,585 | 6,209,117 | 62.6 |
| 20–25. | 0.005425 | 98,952 | 537 | 493,498 | 5,713,532 | 57.7 |
| 25–30. | 0.007009 | 98,415 | 690 | 490,411 | 5,220,034 | 53.0 |
| 30–35. | 0.008896 | 97,725 | 869 | 486,526 | 4,729,623 | 48.4 |
| 35–40. | 0.010965 | 96,856 | 1,062 | 481,706 | 4,243,098 | 43.8 |
| 40–45. | 0.013808 | 95,794 | 1,323 | 475,799 | 3,761,392 | 39.3 |
| 45–50. | 0.018952 | 94,471 | 1,790 | 468,119 | 3,285,593 | 34.8 |
| 50–55. | 0.027681 | 92,680 | 2,566 | 457,393 | 2,817,474 | 30.4 |
| 55–60. | 0.041496 | 90,115 | 3,739 | 441,757 | 2,360,081 | 26.2 |
| 60–65. | 0.060135 | 86,376 | 5,194 | 419,460 | 1,918,324 | 22.2 |
| 65–70. | 0.082722 | 81,181 | 6,715 | 389,847 | 1,498,864 | 18.5 |
| 70–75. | 0.119530 | 74,466 | 8,901 | 351,168 | 1,109,017 | 14.9 |
| 75–80. | 0.186364 | 65,565 | 12,219 | 298,770 | 757,848 | 11.6 |
| 80–85. | 0.293289 | 53,346 | 15,646 | 228,886 | 459,079 | 8.6 |
| 85–90. | 0.457641 | 37,700 | 17,253 | 145,209 | 230,193 | 6.1 |
| 90–95. | 0.663070 | 20,447 | 13,558 | 65,518 | 84,983 | 4.2 |
| 95–100. | 0.834229 | 6,889 | 5,747 | 17,180 | 19,465 | 2.8 |
| 100 and over | 1.000000 | 1,142 | 1,142 | 2,285 | 2,285 | 2.0 |

SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

**U.S. DEPARTMENT OF
HEALTH & HUMAN SERVICES**

Centers for Disease Control and Prevention
National Center for Health Statistics
3311 Toledo Road, Room 4551
Hyattsville, MD 20782–2064

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

For more NCHS NVSRs, visit:
https://www.cdc.gov/nchs/products/nvsr.htm.



FIRST CLASS MAIL
POSTAGE & FEES PAID
CDC/NCHS
PERMIT NO. G-284

---

National Vital Statistics Reports, Vol. 71, No. 1, August 8, 2022

---

## Contents

Abstract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Data and Methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
  Expectation of life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
  Survivors to specified ages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
  Explanation of the columns of the life table . . . . . . . . . . . . . . . . . . . . . 4
Results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
  Life expectancy in the United States . . . . . . . . . . . . . . . . . . . . . . . . . 4
  Effect of cause-specific mortality changes on life expectancy . . . . . . . . . . 6
  Survivorship in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
List of Detailed Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Technical Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

## Acknowledgments

The authors are grateful for the reviews and comments provided by Robert N. Anderson, Mortality Statistics Branch (MSB), Division of Vital Statistics (DVS); Andrés A. Berruti, DVS; and Amy M. Branum, Office of the Director. The authors thank Sally Curtin, MSB, for content review and Brady Hamilton, Danielle Ely, and Anne Driscoll of the Reproductive Statistics Branch for their assistance with birth data. NCHS Office of Information Services, Information Design and Publishing Staff edited and produced this report: editor Jane Sudol, typesetter and graphic designer Odell Eldridge (contractor), and graphic designer Jiale Feng.

**This document is hereby certified as an official federal document and is fully admissible as evidence in federal court. Under Federal Rule of Evidence 902: "Self-authentication" (FED.R.EVID.902), no extrinsic evidence of authenticity, that is, seal or stamp, is required as a condition for admissibility of this document as evidence in court.**

---

**Suggested citation**

Arias E, Xu JQ. United States life tables, 2020. National Vital Statistics Reports; vol 71 no 1. Hyattsville, MD: National Center for Health Statistics. 2022. DOI: https://dx.doi.org/10.15620/cdc:118055.

**Copyright information**

All material appearing in this report is in the public domain and may be reproduced or copied without permission; citation as to source, however, is appreciated.

**National Center for Health Statistics**

Brian C. Moyer, Ph.D., *Director*
Amy M. Branum, Ph.D., *Associate Director for Science*

**Division of Vital Statistics**

Steven Schwartz, Ph.D., *Director*
Andrés A. Berruti, Ph.D., M.A., *Associate Director for Science*

---

For e-mail updates on NCHS publication releases, subscribe online at: https://www.cdc.gov/nchs/email-updates.htm.
For questions or general information about NCHS: Tel: 1–800–CDC–INFO (1–800–232–4636) • TTY: 1–888–232–6348
Internet: https://www.cdc.gov/nchs • Online request form: https://www.cdc.gov/info • CS331456

EXHIBIT #9

**American Public Health Association** | **APHA**
Promoting Public Health Research, Policy, Practice and Education
About Us | Subscriptions | Submissions
American Journal of **PUBLIC HEALTH**

Am J Public Health. 2013 March; 103(3): 523–528.

Published online 2013 March. doi: 10.2105/AJPH.2012.301148

PMCID: PMC3673515

PMID: 23327272

# The Dose–Response of Time Served in Prison on Mortality: New York State, 1989–2003

Evelyn J. Patterson, PhD[✉]

## Abstract

*Objectives.* I investigated the differential impact of the dose–response of length of stay on post-prison mortality among parolees.

*Methods.* Using 1989–2003 New York State parole administrative data from the Bureau of Justice Statistics on state correctional facilities, I employed multinomial logistic regression analyses and formal demographic techniques that used the life table of the populations to deduce changes in life expectancy.

*Results.* Each additional year in prison produced a 15.6% increase in the odds of death for parolees, which translated to a 2-year decline in life expectancy for each year served in prison. The risk was highest upon release from prison and declined over time. The time to recovery, or the lowest risk level, was approximately two thirds of the time served in prison.

*Conclusions.* Incarceration reduces life span. Future research should investigate the pathways to this higher mortality and the possibilities of recovery.

Although several studies have documented the findings and detailed the analyses by cause of death[1,2] of postprison mortality, limited scholarship has investigated the prison environment's contribution. Several studies have shown that former prisoners are at considerable risk for drug overdose,[3–7] contributing to high mortality immediately after prison. Compared with their non-prisoner counterparts, those who have served time in prison have elevated levels of unnatural deaths. One study of persons released from prisons in Victoria, Australia, in the 1990s revealed that mortality levels owing to unnatural causes for former prisoners was twice that of prisoners and 10 times that of nonprisoners.[8] Scholarship has also found that persons who interacted with the criminal justice system were more likely to die from unnatural causes than were those who had no interaction with the criminal justice system.[9]

Feedback

However, the postprison mortality literature suggests that prisoners possess characteristics coming to prison that set them apart from the rest of the population.[8–12] The selectivity of the population is an important issue but is not resolved by comparing the prison population to that of the general population or the mortality of past prisoners to people who have not been incarcerated. It is imperative to take into account that prisoners represent a small portion of those who commit delinquent acts. Prisoners are the people who were caught, indicted, and punished via incarceration. The judicial system does not capture all who commit crimes, nor are the sentencing patterns invariant across age, race, gender, and socioeconomic status.[13–18]

Some scholars have argued that the experience of incarceration can alter health trajectories because it is an axis of stratification relevant to mortality that has strong associations, as do other covariates of mortality such as race, gender, and socioeconomic status. One study showed that the experience of being incarcerated has a negative impact on life chances regardless of prior incarceration history.[19] Other work suggests a relationship between mortality and the length of time served in prison: some findings show longer stays are protective and others show the opposite.[20,21] Such studies have contributed to our understanding of the link between the criminal justice system and mortality immediately following release, focusing on mortality owing to overdose and suicide. I sought to extend this research by studying the mortality of New York State parolees over a 10-year period. By combining formal demography and survival analysis, I investigated the dose–response of time served in prison to changes in life expectancy.

## METHODS

Examining the dose–response of prison requires a population that survived prison and is still under study, such as the recently paroled population. Each parolee has spent some length of time in prison and remains under the supervision of the correctional system. I used National Corrections Reporting Program administrative data, which provide comprehensive individual-level information from the state correctional facilities on persons released from parole in states that choose to submit the information. Each record includes demographic variables, variables pertaining to the offenses for which the individual was charged, variables pertaining to length of stay in prison and on parole, and type of exit from parole (e.g., revocation of parole, unconditional release, and death —the outcome of interest in this study).

I used the files pertaining to the release from parole between 1989 and 2003 for the state of New York, following the cohort of persons released from prison to parole from 1989 to 1993. This cohort of parolees was followed through 2003. Unlike the yearly data of other states for this period, New York's parole data had a low percentage of missing records and overall consistency starting in 1989.[22] New York also continued to use some type of parole, whether mandatory or discretionary, between the years 1989 and 1993. By examining the parole population, I avoided one of the main criticisms of prior studies that compared prisoners and nonprisoners: selectivity. Comparing nonprisoners to prisoners introduces issues of selectivity because persons incarcerated might be inherently different from the nonincarcerated, thereby introducing unobserved heterogeneity. However, each person who is a part of the parole population has served time in prison.

Eighty-four percent (111 509) of people released from prison in New York between 1989 and 1993 were released to parole. Table 1 displays characteristics of those who experienced an event (some type of exit from parole) during the study period. Of those experiencing an event, 2015 experienced the event of death. Although this is a retrospective study of the 1989–1993 prison release cohort that entered parole, I included 98% of the initial sample, censoring only 2%; that is, 2% of the persons in the 1989–1993 parole cohort did not experience an event by the end of 2003. The results of a sensitivity analysis investigating potential biases because of the censoring confirmed that the censoring did not influence my findings. Thus, the table of persons includes virtually the entire 1989–1993 parole cohort, and those who were censored did not affect the findings.

## TABLE 1—

**Composition of Persons Released From Parole: New York State, 1989–2003**

| | |
|---|---|
| Missing | 0.002 |
| Race/ethnicity | |
| Hispanic | 0.305 |
| Non-Hispanic White | 0.168 |
| Non-Hispanic Black | 0.523 |
| Other | 0.004 |
| Missing | 0.007 |
| Education | |
| < high school | 0.790 |
| ≥ high school | 0.210 |
| Missing | 0.025 |
| Type of crime | |
| Violent | 0.304 |
| Property | 0.224 |
| Drug | 0.393 |
| Missing | 0.000 |
| Duration in prison, y | |
| < 1 | 0.385 |
| 1.00–1.99 | 0.319 |
| 2.00–2.99 | 0.151 |
| 3.00–3.99 | 0.062 |
| ≥ 4 | 0.083 |
| Missing | 0.000 |
| Duration on parole, y | |
| < 1 | 0.220 |
| 1.00–1.99 | 0.343 |
| 2.00–2.99 | 0.219 |
| 3.00–3.99 | 0.133 |
| ≥ 4 | 0.085 |
| Missing | 0.000 |

*Note.* The sample size was n = 111 509.

*Source.* Bureau of Justice Statistics, National Corrections Reporting Program.

The sample was mostly men and mostly younger than 35.0 years. The average age at parole entrance was 30.9 years for this population. The majority of the parolees were non-Hispanic Black, followed by non-Hispanic White, and then Hispanic. These 3 groups made up 99.6% of the population experiencing an event (death, return to prison, release from parole, and all other modes). Seventy-nine percent of the sample did not complete high school. Most of the parolees were originally sentenced for drug offense, followed by violent offense, and then property offense. Almost 70.0% of the persons served 2 years or less in prison. Eight percent served 4 or more years in prison. Within 3 years of stay on parole, more than three quarters of the sample had experienced an event. I restricted my analysis to those who served 10 years or less in prison. Analyses restricting the sample to those serving 6 years or less produced similar results.

## Survival Analysis

I used survival analysis to study mortality via a discrete time analysis that used maximum likelihood estimation. I broke each individual's parole history into monthly units; for each month served on parole, individuals contributed a new case. For example, an individual who served 6 months on parole contributed 6 cases. One of the strengths of hazard models is that they take into account the nonindependence of repeated observations among individuals, thereby providing unbiased estimates. Most of the variables I used—gender, race, level of education, type of crime committed, and length of stay in prison—did not vary with time and were the same for each person-month contributed to the model. Age and duration on parole, however, did vary from person-month to person-month. Most of the demographic characteristics I included controlled for base-level mortality. The type of crime committed (i.e., the most serious offense an individual was successfully charged with) operationalized risk behaviors of the individual, and the duration spent in prison accounted for the dose–response of prison.

After assembling the data into person-month units, I employed a multinomial logit model to estimate the set of simultaneous binary logits of the different modes of parole exit: death, returning to prison, release from parole, and all other modes. Thus, for each type of exit, the model produced logit coefficients that corresponded to comparing the event to the nonoccurrence of the event.

## Estimating the Change in Life Expectancy

The multinomial provides the odds of the event occurring, but it is advantageous to summarize the findings in a more tangible form as well. Formal demographic methods allow estimation of the change in life expectancy because of an increase or decrease in the likelihood of death. The mean age upon entry to parole was approximately 30 years. Using the 1989–1991 US life table allows the estimation of the decrease in life expectancy at age 30 years (i.e., the number of additional or fewer years a person aged 30 years can expect to live) for each additional year lived in prison for the 1989–1993 parole cohort. A slight alteration in the Keyfitz equation[23] allows an estimation of the change in life expectancy at aged 30 years as

$$(1) \quad \Delta e(30) = -ke(30)H,$$

where H (entropy) can be calculated as

$$(2) \quad H = \frac{\int_{30}^{\infty} l(x) \ln \frac{l(x)}{l(30)} dx}{T(30)},$$

and the constant $k$ is the change in overall mortality, which is obtained from the multinomial model. For more description of the demographic notation used in the equations, refer to a basic demographic methods text such as *Demography: Measuring and Modeling Population Processes.*[24]

## RESULTS

Figure 1 shows the estimates of the hazard function of the key duration relationship, duration in prison and mortality, restricting the length of study to those who experienced an event within 10 years. The figure exhibits a relatively curvilinear relationship and increases as time served in prison increases. That is, prison had a negative dose–response on the life span.



**FIGURE 1—**

**Unadjusted hazard function of length of stay in prison with fitted quadratic function: New York State, 1989–2003.**

*Source.* Calculations are from Bureau of Justice Statistics data.

Before estimating the multinomial logit models, I performed a Wald test to ensure the variables inserted in the models had some effect on the dependent variable. Each variable in the 3 models tested significant at the 5% level, and most tested significant at the 1% level. Table 2 displays the results of the multinomial logit for the event of death. The results for other modes of exit—returning to prison or jail, parole release, and other modes—are not shown in this table. Each model contributes to the demonstration of the relevance of time served in postprison mortality. The first

model simply asserts the relationship with covariates relating to time served. The second model adds covariates to control for mechanisms known to influence mortality outcomes, and the third model considers selection issues.

TABLE 2—

**Multinomial Logit of Exiting Parole–Death: New York State, 1989–2003**

| Covariates | Model 1, OR (95% CI) | Model 2, OR (95% CI) | Model 3, OR (95% CI) |
|---|---|---|---|
| Gender | | | |
| Men (Ref) | | 1.000 | 1.000 |
| Women | | 0.623** (0.503, 0.771) | 0.629** (0.508, 0.778) |
| Race/ethnicity | | | |
| Non-Hispanic White (Ref) | | 1.000 | 1.000 |
| Hispanic | | 1.695** (1.458, 1.971) | 1.743** (1.499, 2.027) |
| Non-Hispanic Black | | 1.323** (1.144, 1.530) | 1.336** (1.155, 1.544) |
| Other | | 0.298 (0.074, 1.198) | 0.320 (0.080, 1.011) |
| Aging, mo | | | |
| Age | | 1.005** (1.003, 1.007) | 1.006** (1.005, 1.008) |
| Age$^2$ (Ref) | | 1.000** (1.000, 1.000) | 1.000** (1.000, 1.000) |
| Education | | | |
| < high school (Ref) | | 1.000 | 1.000 |
| ≥ high school | | 0.846** (0.754, 0.949) | 0.841** (0.749, 0.944) |
| Type of crime | | | |
| Violent (Ref) | | 1.000 | 1.000 |
| Property | | 0.988 (0.865, 1.129) | 0.932 (0.816, 1.066) |
| Drugs | | 0.773** (0.691, 0.865) | 0.765** (0.683, 0.856) |
| Other | | 1.057 (0.882, 1.267) | 1.032 (0.861, 1.237) |
| Duration variables, mo | | | |
| Duration in prison | 1.017** (1.001, 1.023) | 1.010** (1.004, 1.016) | 1.013** (1.007, 1.019) |
| Duration in prison$^2$ | 1.000** (1.000, 1.000) | 1.000** (1.000, 1.000) | 1.000** (1.000, 1.000) |
| Duration on parole | | | 0.981** (0.974, 0.987) |
| Duration on parole$^2$ | | | 1.000** (1.000, 1.000) |

*Note.* CI = confidence interval; OR = odds ratio. Other modes of exit not shown. The sample size was n = 2 774 344.
−2 log likelihood = 1 011 239.

*Source.* Bureau of Justice Statistics, National Corrections Reporting Program.

*P < .05; **P < .01.

Model 1 examines the baseline model for duration in prison. The odds ratio (OR) for months in prison was 1.017. That is, for each month served in prison, the odds of dying upon release increased 1.7%, or 20.4% per year. This OR may seem small. One could argue that the odds of dying merely increased on the basis of the assumption of curvilinearity; however, when the unit of analysis was a quarter of a year or half a year, the OR increased in the expected curvilinear fashion. For example, when assuming the curvilinear increase using the OR given for 1 month, the lower bound of the confidence interval is 1.066 and the upper bound is 1.138. When the analysis is run with the unit of analysis at a quarter year and converted to half a year, the lower bound is 1.094 and the upper bound is 1.194. Finally, when the unit of analysis is half a year, the lower bound is 1.083 and the upper bound 1.167. Each of these intervals shows overlap and that the OR was not merely a function of the assumption of curvilinearity. Because of the interval and detail of observation of the data provided for the phenomena under study, I used the month as the unit of analysis.

Model 2 included several additional covariates—age, race, gender, education, and type of crime committed by the parolee. The additional covariates displayed some surprising findings, particularly with regard to ethnicity. There were stark contrasts in the level of mortality for Hispanics compared with non-Hispanic Whites. Hispanics had an odds of death that was 70% higher than that for non-Hispanic Whites, and the odds of death for non-Hispanic Blacks was 32% higher than that for non-Hispanic Whites. The gap in mortality between Hispanics and non-Hispanic Whites in the general population was not large.

After adjusting for the undercount of deaths, Smith and Bradshaw calculated the 1990 life expectancy of Hispanic women to be 79.4 compared with the 79.2 for non-Hispanic Whites, and the life expectancy of men to be 69.6 compared with non-Hispanic Whites' life expectancy of 72.8 in the general population.[25] This seems trivial compared with the 70% increased odds found in the parole population in this study. One piece of this large differential may be the housing conditions of New York's population, in which Hispanics are more likely than are Whites to rent and, when renting, more likely to live in badly maintained and overcrowded units.[26]

The findings regarding socioeconomic status went in the expected direction: those who were high school graduates had lower odds of death than did those with less than a high school education. The odds of death for women were 38% lower than were those of men. In 1990, men aged 30.00 years and living in New York could expect to live an additional 43.14 years, whereas women aged 30.00 years could expect to live an additional 49.76 years.[27] Drug offenders had lower odds of death than did those whose controlling offense was violent. This does not necessarily challenge the previous literature regarding the higher odds of death from drug overdose immediately following prison. However, it does hint at the existence of more complex interactions occurring and necessitates additional research in the area to shed light on the pathways.

In model 2, the OR for duration in prison dropped to 1.01 but remained significant. This OR means that each year in prison increased the odds of death upon exit by 12.0%. Accordingly, those spending 5 years in prison could expect a 60.0% increase in their odds of death. Part of the response to prison could be attenuated by the fact that mortality decreases as people survive parole. Perhaps as an individual survives parole, the mortality hazard function approaches the mor-

tality levels of the general population. I tested this hypothesis in model 3 by adding covariates relating to the time spent on parole. The model shows that for each month an individual survived parole, the odds of dying decreased by approximately 2.0%. Thus, for those who survived 1 year on parole, the odds of dying decreased by 24.0%. The OR for length of stay in prison increased to 1.013 in the fully specified model. This translates to a yearly increased likelihood of death of 15.6%.

Table 3 combines the selectivity effect of surviving parole with the dose–response of prison for various lengths of stay in prison. Length of stay in this table ranged from 0 to 60 months. As the table shows, for each year served in prison, a person could expect to lose approximately 2 years of life. Thus, a person who served the mean length of stay in prison of the 1989–1993 New York parole cohort (21.7 months) could expect to live approximately 3.6 years less than could a person who did not serve time in prison. The table also lists the time to recovery or the time it takes for the person to return to the original mortality curve. The time to recovery is essentially two thirds of the time served in prison. Accordingly, those serving 6 months in prison require 4 months until their mortality curve resembles that of the general population.

TABLE 3—

**Change in Life Expectancy and Time to Recovery: New York State, 1989–2003**

| Length of Stay in Prison, Months | Change in Life Expectancy at Age 30 Years | Time to Recovery, Months |
|---|---|---|
| 0 | 0.00 | 0 |
| 3 | −0.50 | 2 |
| 6 | −0.99 | 4 |
| 12 | −1.99 | 8 |
| 18 | −2.98 | 12 |
| 24 | −3.97 | 16 |
| 36 | −5.96 | 23 |
| 48 | −7.94 | 31 |
| 60 | −9.93 | 38 |

*Source*. Bureau of Justice Statistics, National Corrections Reporting Program Data.

## DISCUSSION

The event of death, like many other health outcomes, has been shown to vary along axes of stratification such as race, ethnicity, socioeconomic status, and gender.[28–32] Much of the mortality literature consists of studies seeking to contribute to the reduction of health inequalities observed across social strata. Axes of stratification can arise because of historical or current structural in-

equality in the treatment of groups in addition to the behaviors and experiences of groups. A growing literature posits the experience of prison as another axis of stratification.[33–35] If incarceration is an axis of stratification, our knowledge of mortality is limited if our studies do not incorporate it when studying life outcomes. Thus, it is critical to assess the influence of incarceration on death rates, as so many other axes of stratification have proven influential in the prediction of mortality and encouraged research and actions that foster the elimination of disparities.

I examined the dose–response of prison on the mortality of parolees. Instead of focusing on differences between ex-prisoners and nonprisoners, I used the homogeneity of the parole population to ascertain information about an understudied event—the mortality of ex-prisoners as it relates to their length of stay in prison. After controlling for a variety of demographic and offense-related factors, I showed that each year in prison increased the odds of death by 15.6% in this 1989–1993 parole cohort. This translates to an increased odds of death of 78% for somebody who spent 5 years in prison and a loss of approximately 10 years in the expected life expectancy at age 30 years. The time to recovery, however, shed light on another process at work. Those who are able to survive parole without incident eventually return to the before-prison mortality curve. This finding is in line with previous research that reports an initial high risk of death at the population level that declines over time.[3,20]

Prison sentences are accompanied by a reduction in life expectancy and, thus, have a direct relationship with length of stay in prison. An increase in the odds of prison translates into real years of life lost. Although I was unable to ascertain the pathways through which this occurs, I controlled for a variety of factors that have proven important in past mortality studies. More importantly, I have made a strong case that loss of life is associated with time lived in state correctional facilities, and I have demonstrated the need for further research beyond administrative data that will permit the testing of the pathways to the higher mortality experienced and the possibility of recovery.

## Limitations

My findings should be considered in the light of several limitations. First, this was an analysis of parole mortality in the state of New York. Although New York has the largest state correctional population, other states should be studied as well as later cohorts to examine whether the health consequences of prison have changed over time. Second, the cause of death was unknown. The literature mentions the increase in particular types of mortality, and determining the differential responses of prison on natural and unnatural mortality is of interest. Third, I used the 1989–1993 parole cohort in my analyses. It is quite possible that just as mortality decreased in general, it may have also decreased for later cohorts of parolees. Fourth, I constructed event histories for persons on the basis of administrative data. Although this provides a starting place, additional variables are of interest, such as measures of social, health, and economic support of individuals on parole; better measures of risk behaviors before and after prison; and variables specific to the individual's prison experience.

This area of study demands an investigation of the variables that measure access to care. A person provided a 30-day supply of medication to manage an illness upon release from prison, for example, might not be able to connect to a new health care provider; furthermore, access to care and health benefits might prove challenging.[33],[36],[37]

## Conclusions

Despite the study's limitations, I have indicated a new area deserving further study. Scientists have dedicated centuries of research to understanding the levels of mortality in human populations and how to lower them. I have demonstrated that one of the United States' core institutions does the opposite. This is particularly distressing considering that the United States supersedes every other nation in its propensity to incarcerate.[38]

Understanding the intended and unintended consequences of the prison experience on the lives of the incarcerated and those in their social network is a growing social issue. The lifetime likelihood of going to prison is 9.0% for men.[39] The lifetime likelihood of imprisonment in 1991 incarceration rates is 28.5% for Black men and 16.0% for Hispanic men. This translates to a prevalence rate of 12.0% for Black men and 4.9% for Hispanic men.[40] The prevalence of ever-incarcerated men grew from 3.4% in 1991 to 4.9% in 2001 (16.6% for Black men, 2.6% for White men, and 7.7% for Hispanic men).[40]

There is a growing need to understand the health consequences of incarceration because more people experience this event now than at any other moment in American history. Scholarship continues to demonstrate that punishments have a significant impact on an individual's life that continues after imprisonment.[41–45] Much work in this area of study concentrates on outcomes such as denial of citizenship rights, increased morbidity risks, and erosion of lifetime earnings and job opportunities.[44],[46–50] Such collateral consequences of incarceration can be reversed. For example, advocacy groups have led many states to reinstitute the voting rights of ex-prisoners. Death, though, cannot be reversed. It is this lack of reversal that makes this area of study so consequential.

## Human Participation Protection

The institutional review board at Vanderbilt University approved this study.

## References

1. Rosen DL, Schoenbach VJ, Wohl DA. All-cause and cause-specific mortality among men released from state prison, 1980–2005. *Am J Public Health*. 2008;98(12):2278–2284 [PMC free article] [PubMed] [Google Scholar]

2. Spaulding AC, Seals RM, McCallum VA, Perez SD, Brzozowski AK, Steenland NK. Prisoner survival inside and outside of the institution: implications for health-care planning. *Am J Epidemiol*. 2011;173(5):479–487 [PMC free article] [PubMed] [Google Scholar]

3. Kariminia A, Butler T, Corben S et al. Extreme cause-specific mortality in a cohort of adult prisoners—1988 to 2002: a data-linkage study. *Int J Epidemiol.* 2007;36(2):310–316 [PubMed] [Google Scholar]

4. Farrell M, Marsden J. Acute risk of drug-related death among newly released prisoners in England and Wales. *Addiction.* 2008;103(2):251–255 [PubMed] [Google Scholar]

5. Binswanger IA, Stern MF, Deyo RA et al. Release from prison—a high risk of death for former inmates. *N Engl J Med.* 2007;356(2):157–165 [PMC free article] [PubMed] [Google Scholar]

6. Verger P, Rotily M, Rudhomme J, Bird S. High mortality rates among inmates during the year following their discharge in a French prison. *J Forensic Sci.* 2003;48(3):614–616 [PubMed] [Google Scholar]

7. Christensen PB, Hammerby E, Smith E, Bird SM. Mortality among Danish drug users released from prison. *Int J Prison Health.* 2006;2(1):13–19 [Google Scholar]

8. Graham A. Post-prison mortality: unnatural death among people released from Victorian prisons between January 1990 and December 1999. *Aust N Z J Criminol.* 2003;36(1):94–108 [Google Scholar]

9. Laub JH, Vailant GE. Delinquency and mortality: a 50-year follow-up study of 1,000 delinquent and nondelinquent boys. *Am J Psychiatry.* 2000;157(1):96–102 [PubMed] [Google Scholar]

10. Lattimore PK, Linster RL, MacDonald JM. Risk of death among serious youth offenders. *J Res Crime Delinq.* 1997;34(2):187–209 [Google Scholar]

11. Tremblay P, Pare P-P. Crime and destiny: patterns in serious offenders' mortality rates. *Can J Criminol Crim Justice.* 2003;45(3):299–326 [Google Scholar]

12. Wilper AP, Woolhandler S, Boyd JW et al. The health and health care of US prisoners: results of a nationwide survey. *Am J Public Health.* 2009;99(4):666–672 [PMC free article] [PubMed] [Google Scholar]

13. Steffensmeier D, Kramer J, Ulmer J. Age differences in sentencing. *Justice Q.* 1995;12(3):583–601 [Google Scholar]

14. Steffensmeier D, Ulmer J, Kramer J. The interaction of race, gender, and age in criminal sentencing: the punishment cost of being young, Black and male. *Criminology.* 1998;36(4):763–797 [Google Scholar]

15. Daly K, Tonry M. Gender, race, and sentencing. *Crime Justice.* 1997;22:201–252 [Google Scholar]

16. Mauer M. *Race to Incarcerate.* New York, NY: New Press; 1999 [Google Scholar]

17. Demuth S, Steffensmeier D. The impact of gender and race-ethnicity in the pretrial release process. *Soc Probl.* 2004;51(2):222–242 [Google Scholar]

18. Mustard DB. Racial, ethnic, and gender disparities in sentencing: evidence from the U.S. federal courts. *J Law Econ.* 2001;44(1):285–314 [Google Scholar]

19. Kjelsberg E, Laake P. Is the high mortality risk in sentenced offenders independent of previous imprisonment? *Eur J Epidemiol.* 2010;25(4):237–243 [PubMed] [Google Scholar]

20. Krinsky CS, Lathrop SL, Brown P, Nolte KB. Drugs, detention, and death. *Am J Forensic Med Pathol.* 2009;30(1):6–9 [PubMed] [Google Scholar]

21. Pratt D, Appleby L, Piper M, Webb R, Shaw J. Suicide in recently released prisoners: a case-control study. *Psychol Med.* 2010;40(5):827–835 [PubMed] [Google Scholar]

22. Patterson EJ. Measurement issues in corrections: quality and compatibility of state correctional data in the U.S., 1984–2000. *Corrections Compendium.* 2010;35(3):1–13 [Google Scholar]

23. Keyfitz N. *Introduction to the Mathematics of Population.* Reading, MA: Addison-Wesley; 1968 [Google Scholar]

24. Preston SH, Heuveline P, Guillot M. *Demography: Measuring and Modeling Population Processes.* Malden, MA: Blackwell; 2000 [Google Scholar]

25. Smith DP, Bradshaw BS. Rethinking the Hispanic paradox: death rates and life expectancy for US non-Hispanic White and Hispanic populations. *Am J Public Health.* 2006;96(9):1686–1692 [PMC free article] [PubMed] [Google Scholar]

26. Schill MH, Friedman S, Rosenbaum E. The housing conditions of immigrants in New York City. *J Hous Res.* 1998;9(2):201–235 [Google Scholar]

27. *U.S. Decennial Life Tables for 1989–91.* Vol. II: *State Life Tables No. 33* Hyattsville, MD: National Center for Health Statistics; 1998 [Google Scholar]

28. Williams DR, Jackson PB. Social sources of racial disparities in health. *Health Aff (Millwood).* 2005;24(2):325–334 [PubMed] [Google Scholar]

29. Massoglia M. Incarceration, health, and racial disparities in health. *Law Soc Rev.* 2008;42(3): 275–306 [Google Scholar]

30. Hargraves JL, Hadley J. The contribution of insurance coverage and community resources to reducing racial/ethnic disparities in access to care. *Health Serv Res.* 2003;38(3):809–829 [PMC free article] [PubMed] [Google Scholar]

31. Marmot M. Social determinants of health inequalities. *Lancet.* 2005;365(9464):1099–1104 [PubMed] [Google Scholar]

32. Waldron I. Contributions of changing gender differences in behavior and social roles to changing gender differences in mortality. : Sabo D, Gordon DF, *Men's Health and Illness: Gender, Power, and the Body.* Thousand Oaks, CA: Sage; 1995:22–45 [Google Scholar]

33. Binswanger IA, Redmond N, Steiner JF, Hicks LS. Health disparities and the criminal justice system: an agenda for further research and action. *J Urban Health.* 2011;89(1):89–107 [PMC free article] [PubMed] [Google Scholar]

34. Wildeman C. Imprisonment and (inequality in) population health. *Soc Sci Res.* 2012;41:74–91 [PubMed] [Google Scholar]

35. Wakefield S, Uggen C. Incarceration and stratification. *Annu Rev Sociol.* 2010;36:387–406 [Google Scholar]

36. Binswanger IA, Nowels C, Corsi KFet al. "From the prison door right to the sidewalk, everything went downhill": a qualitative study of the health experiences of recently released inmates. *Int J Law Psychiatry.* 2011;34(4):249–255 [PubMed] [Google Scholar]

37. Iguchi MY, London JA, Forge NG, Hickman L, Fain T, Richman K. Elements of well-being affected by criminalizing the drug user. *Public Health Rep.* 2002;117(suppl 1):S146–S150 [PMC free article] [PubMed] [Google Scholar]

38. International Centre for Prison Studies. *Entire World—Prison Population Rates per 100,000 of the National Population;* 2007. Available at: http://www.prisonstudies.org/info/worldbrief/wpb_stats.php?area=all&category=wb_poprate. Accessed December 15, 2012.

39. Bonczar TP, Beck AJ. *Lifetime Likelihood of Going to State or Federal Prison.* Rockville, MD: US Department of Justice, Office of Justice Programs; 1997. NCJ 160092 [Google Scholar]

40. Bonczar TP. *Prevalence of Imprisonment in the U.S. Population, 1974–2001*. Rockville, MD: US Department of Justice, Office of Justice Programs; 2003. NCJ 197976 [Google Scholar]

41. Braman D. *Doing Time on the Outside: Incarceration and Family Life in Urban America*. Ann Arbor, MI: University of Michigan Press; 2004 [Google Scholar]

42. Chesney-Lind M. Imprisoning women: the unintended victims of mass imprisonment. : Mauer M, Chesney-Lind M, *Invisible Punishment: The Collateral Consequences of Mass Imprisonment*. New York, NY: New Press; 2002: 79–94 [Google Scholar]

43. Hagan J, Dinovitzer R. Collateral consequences of imprisonment for children, communities and prisoners. : Tonry M, Petersilia J, *Prisons*. Chicago, IL: University of Chicago Press; 1999:121–162 [Google Scholar]

44. Mauer M. Mass imprisonment and the disappearing voters. : Mauer M, Chesney-Lind M, *Invisible Punishment: The Collateral Consequences of Mass Imprisonment*. New York, NY: New Press; 2002: 50–58 [Google Scholar]

45. Olivares KM, Burton VS, Cullen FT. The collateral consequences of a felony conviction: a national study of state legal codes 10 years later. *Fed Probat*. 1996;60(10):10–17 [Google Scholar]

46. Western B. The impact of incarceration on wage mobility and inequality. *Am Sociol Rev*. 2002;67(4):526–546 [Google Scholar]

47. Simbulan NP, Aguilar AS, Flanigan T, Cu-Uvin S. High-risk behaviors and the prevalence of sexually transmitted diseases among women prisoners at the women state penitentiary in metro Manila. *Soc Sci Med*. 2001;52(4):599–608 [PubMed] [Google Scholar]

48. Amankwaa AA, Ochie C., Sr Demographic and criminal determinants of mortality in prison: the odds of surviving confinement. *Free Inq Creat Sociol*. 2002;30(1):9–24 [Google Scholar]

49. Hammett TM, Harmon MP, Rhodes W. The burden of infectious disease among inmates of and releases from United States correctional facilities, 1997. *Am J Public Health*. 2002;92(11):1789–1794 [PMC free article] [PubMed] [Google Scholar]

50. Pager DI. The mark of a criminal record. *Am J Sociol*. 2003;108(5):937–975 [Google Scholar]